## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## FRANKFORT DIVISION

| | | |
|---|---|---|
| COMMONWEALTH OF KENTUCKY | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:23-cv- 00007-GFVT |
| | ) | (to be consolidated with |
| | ) | 3:23-cv-00008-GFVT) |
| | ) | |
| UNITED STATES ENVIRONMENTAL | ) | |
| PROTECTION AGENCY, *et al.*, | ) | |
| | ) | |
|     Defendants. | ) | |

**MOTION FOR LEAVE TO FILE CONSOLIDATED OPPOSITION/EXCEED PAGE LIMITS; CONSENT TO PLAINTIFF'S MOTION TO CONSOLIDATE**

Pursuant to this Court's order dated February 23, 2023 (ECF No. 9) and pursuant to Local Rule 7.1(d), Defendants do not oppose Plaintiff's motion to consolidate this matter with *Kentucky Chamber of Commerce, et al. v. EPA, et al.*, 3:23-00008-GFVT (E.D. Ky.) and consent to consolidating the two proceedings. *See also Kentucky Chamber of Commerce* at ECF No. 12 (*Kentucky Chamber of Commerce* plaintiffs also moving to consolidate the matter with the above-captioned proceeding).

Plaintiffs in both *Kentucky Chamber of Commerce* and in this proceeding have filed separate motions for preliminary injunction. *See* ECF No. 5-2; *Kentucky Chamber of Commerce* at ECF No. 13. To more efficiently respond to the two pending motions for preliminary injunction, Defendants hereby move for leave to file a single consolidated opposition to both motions, subject to a 50 page limit. This page allocation is less than the combined 55 pages Plaintiffs have used in their two motions for preliminary injunction and would be equal to the default page limits allowable under the Local Rules if Defendants were to file two separate

oppositions. *See* Local Rule 7.1(d). And given the complexity of the issues, this approach would

help streamline Defendants' response in a way that would be more convenient and accessible for

the Court.

Defendants have conferred with both plaintiffs in this proceeding and in *Kentucky*

*Chamber of Commerce*. They do not oppose our request for a consolidated opposition of 50

pages provided they "also receive an appropriate extension of pages for [their] replies if needed."

Defendants defer to the Court's judgment as to whether Plaintiffs should be entitled to leave for

additional pages in reply.

For the above reasons, Defendants respectfully request leave to file a consolidated

opposition (not longer than 50 pages) to both motions for preliminary injunction filed in this

matter and in *Kentucky Chamber of Commerce* by no later than March 3, 2023.

Dated: February 24, 2023

Respectfully submitted,

/s/ *Hubert T. Lee*
Hubert T. Lee
U.S. Department of Justice
Environment & Natural Resources Division
Environmental Defense Section
P.O. Box 7611
Washington, D.C. 20044
(202) 514-1806 (tel)
(202) 514-8865 (fax)
Email: Hubert.lee@usdoj.gov
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing filing was electronically filed on February 24, 2023, using the Court's CM/ECF system, which will send notification of said filing to the attorneys of record.

/s/ *Hubert T. Lee*
Hubert T. Lee