# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## FRANKFORT DIVISION

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:23-cv- 00007-GFVT |
| ) | (to be consolidated with |
| ) | 3:23-cv-00008-GFVT) |
| ) | |
| UNITED STATES ENVIRONMENTAL ) | |
| PROTECTION AGENCY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## [PROPOSED] ORDER

The Court has reviewed Defendants' motion for leave to file a consolidated opposition to plaintiffs' motions for preliminary injunction and motion to exceed page limits. For good cause shown, it is hereby **ORDERED** that Defendants file a consolidated opposition (not longer than 50 pages) to both motions for preliminary injunction filed in this matter and in *Kentucky Chamber of Commerce, et al. v. EPA, et al.*, 3:23-00008-GFVT (E.D. Ky.) by no later than March 3, 2023.

**IT IS SO ORDERED.**


DATE:_____            _____
                                                                        UNITED STATES DISTRICT COURT JUDGE