# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF KENTUCKY
## FRANKFORT DIVISION

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>)<br>UNITED STATES ENVIRONMENTAL )<br>PROTECTION AGENCY, *et al.*, )<br>)<br>)<br>Defendants. | No. 3:23-cv-00007-GFVT<br>(consolidated with No.<br>3:23-cv-00008-GVFT) |

## FEDERAL DEFENDANTS' NOTICE OF FILING CERTIFIED INDEX TO THE ADMINISTRATIVE RECORD

Federal Defendants, while reserving all jurisdictional and other defenses, hereby provide notice of filing the certified index of documents comprising the administrative record for the rule that is the subject of these consolidated cases, entitled *Revised Definition of "Waters of the United States,"* 88 Fed. Reg. 3004 (Jan. 18, 2023). Attached to this notice is the certified index to the administrative record.

Dated: February 28, 2023

        Respectfully submitted,

        TODD KIM
        Assistant Attorney General
        ENVIRONMENT AND NATURAL
        RESOURCES DIVISION

        */s/ Hubert T. Lee*

        HUBERT T. LEE, NY Bar No. 4992145
        ANDREW J. DOYLE, FL Bar No. 84948
        SARAH IZFAR, DC Bar No. 1017796

2

        United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Tel: (415) 744-6469 (Doyle)
Tel: (202) 305-0490 (Izfar)
Tel: (202) 514-1806 (Lee)
Fax: (202) 514-8865
andrew.doyle@usdoj.gov
sarah.izfar@usdoj.gov
hubert.Lee@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that on February 28, 2023, I filed the foregoing using the Court's CM/ECF system, which will electronically serve all counsel of record registered to use the CM/ECF system.

                                               /s/Hubert T. Lee
                                               HUBERT T. LEE