**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION**

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY,<br><br>     Plaintiff,<br><br>  v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, et al.,<br><br>     Defendants. | No. 3:23-cv-7-GFVT |

**NOTICE OF APPEARANCE**

Please take notice that all pleadings, notices, orders, or other papers in this case should be served upon the undersigned counsel, Elliot Higgins, as an attorney of record for the Defendants.

       Respectfully submitted,

       /s/ *Elliot Higgins*
       Elliot Higgins
       U.S. Department of Justice
       Environment & Natural Resources Division
       Environmental Defense Section
       P.O. Box 7611
       Washington, D.C. 20044
       (202) 598-0240 (tel)
       (202) 514-8865 (fax)
       Email: elliot.higgins@usdoj.gov

       *Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing filing was electronically filed on March 1, 2023, using the Court's CM/ECF system, which will send notification of said filing to the attorneys of record.

/s/ *Elliot Higgins*
Elliot Higgins