**Exhibit C**

**Declaration of Sarah Gledhill**

**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION**

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY,   )<br>   )<br>   Plaintiff,   )<br>   )<br>v.   )<br>   )<br>UNITED STATES ENVIRONMENTAL   )<br>PROTECTION AGENCY, *et al.*,   )<br>   )<br>   Defendants,   )<br>   )<br>and   )<br>   )<br>KENTUCKY RESOURCES COUNCIL,   )<br>INC., *et al*.,   )<br>   )<br>   Applicant-Intervenor-Defendants.   )<br>   ) | No. 3:23-cv-00007-GFVT<br>(consolidated with No.<br>3:23-cv-00008-GFVT) |

**DECLARATION OF SARAH GLEDHILL**

I, Sarah Gledhill, make the following declaration:

1. I am over the age of eighteen and competent to make this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am a resident of St. Augustine, Florida.

3. I was born in St. Petersburg, Florida, and have spent my professional life advocating on behalf of Florida's unique landscapes and the people and wildlife that call them home.

4. Few places on the Earth are as defined by water as Florida. The protection of our precious water resources is vital for ourselves, our economy, and indeed all life. That's why the

1

Florida Wildlife Federation, its employees, supporters, members, and volunteers work tirelessly to protect our state's streams, wetlands, lakes, ponds, rivers, and estuaries.

5. I am President and Chief Executive Officer of Florida Wildlife Federation, Inc. ("FWF"). I began my career with FWF 19 years ago, advocating for the development of policies that protected Northeast Florida's natural resources. In 2016, I became FWF's Planning Director, focusing on statewide water resources, land acquisition, and growth management initiatives. After spending a few years with the Center for Biological Diversity, I returned to FWF as its Regional Policy Director in 2021 and later became Vice President. On January 21, 2023, I became the fourth President and CEO to lead the organization.

6. FWF is a 501(c)(3) nonprofit that solely focuses on conserving Florida's wildlife, habitat, and natural resources. FWF was founded in 1936 and has grown in membership to over 9,000 members and approximately 60,000 supporters throughout Florida. The mission of FWF is to ensure that wildlife and Florida's fragile environment have a voice, which is echoed in our motto: "Wildlife is our Middle Name." FWF does this through three main outreach areas: 1) environmental education, 2) policy and advocacy, and 3) science-based stewardship.

7. FWF's environmental education program focuses on educating the public on the importance of protecting Florida's environment. FWF accomplishes this through distribution of various media focusing on wildlife issues. FWF's media includes books, videos, and a newsletter aiming to educate the public on the importance of protecting the environment. Additionally, FWF supports wildlife research and environmental preservation.

8. FWF's program areas focus on wildlife, land conservation, water, and climate change through our educational materials, policy, and advocacy. FWF advocates for the protection of threatened, endangered, and at-risk species like the Florida panther, the Florida

Manatee, the American Alligator, the Gulf Sturgeon, the Marbled Salamander, and the River Otter, to name a few. These species depend on clean water: some on coastal habitats; others on freshwater ponds, lakes, and rivers; and still others on floodplains, temporary wetlands, and vernal pools. In addition, I have personally advocated for a dam removal project along the Ocklawaha River that would restore migration patterns for imperiled manatees and shortnose sturgeon and inundated freshwater springs, ecologically priceless features of Florida's unique ecology.

9. FWF has been a leader in statewide land conservation and advocates for more funding for the Florida Forever state conservation land acquisition program and other similar programs. FWF promotes Everglades restoration, strengthening the environmental resiliency of our rivers and bays, and enhancing coastal protections for sea turtles and birds. FWF also pushes for action on the state and federal level to counter climate change through activities such as successfully promoting a ban of oil and gas drilling in Florida's coastal waters.

10. A majority of FWF's core advocacy work is dedicated to wildlife protection and land conservation. In Florida, this work is especially focused on protection of wetlands and other aquatic habitats, which provide both habitats for vulnerable species and perform vital pollution filtering and flood protection services for communities across the state.

11. A primary tool FWF uses to protect species and their habitats is the public commenting process. When there is a proposed agency action, FWF reviews the applications and any available federal analyses, determines the scope of the effect it would have on the wildlife and their habitats that we seek to protect, reviews applicable rules and laws, and submits comment letters. If critical waters in our state are not protected as "waters of the United States," Clean Water Act permits would not be required and FWF would not receive the same level of

information on potentially destructive projects. Without the information generated and disclosed to the public through the permitting processes required for impacts to jurisdictional waters, FWF would lose one of its greatest tools for engaging in water protection: public participation in project approvals. In fact, we may never even find out about proposed projects until the damage to water resources has already occurred.

12. Over the years, FWF has been consistently involved in fights to uphold federal clean water protections that protect wetlands, including the Everglades, from pollution or wholesale destruction. In 2021, for instance, FWF joined other conservation groups to challenge EPA's decision to authorize Florida's assumption of the Section 404 permitting program, which is allowing the state to fast-track destructive projects in violation of the Clean Water Act. That effort remains underway.

13. The federal Clean Water Act's safeguards provide an essential foundation to protect the health of Florida's wildlife habitats, including river systems, wetlands, estuaries, and springs. I have long supported and advocated for the strengthening of Clean Water Act protections for these waters. By removing protections from many of these waters, the prior administration's "Navigable Waters Protection Rule" presented a significant threat to the integrity of Florida's aquatic systems, including the waters I love to visit and use for recreational and professional purposes. I am worried that if federal clean water protections are weakened, Florida's special places could be irreparably damaged.

14. For example, the Matanzas River, which I admirably consider my backyard because it is just three-quarters of a mile from my house, extends from St. Augustine sixteen miles south to the Matanzas Inlet. Seven miles south beyond that is an estuary with some of the highest water quality in northeast Florida—water so clean that, unlike most coastal waters in the

region, harvesting oysters and clams is still safe and conditionally permitted. In fact, the St. Augustine region is second in commercial oyster production in the state. The river's tributaries, including Pellicer Creek, Moses Creek, and Stiles Creek, and associated wetlands, supply the estuary with clean water flowing in, and one-third of the river's mostly undeveloped 186-square-mile watershed is publicly owned conservation land. However, increasing development pressure from St. Augustine's burgeoning population means that weakened Clean Water Act protections would put the Matanzas River at serious risk of pollution and degradation. This greatly concerns me.

15. I spend a significant amount of time kayaking, fishing, swimming, and eating oysters from the Matanzas River. I also hike the trails of Moses Creek Conservation Area which abut a rapidly developing neighborhood in St. Augustine. In addition, I bicycle in the Matanzas State Forest and enjoy accessing the marsh of the Matanzas River to watch osprey catch fish and listen to the sounds of a vibrant and healthy salt marsh ecology. Weakened water protections could impair my enjoyment of these special places that I have come to rely on.

16. I am familiar with the recently finalized "Revised Definition of 'Waters of the United States'" ("2023 Rule"), and I understand that this rule restores longstanding clean water protections that the prior administration had eliminated through its now-vacated "Navigable Waters Protection Rule." I believe that strong federal clean water protections for wetlands and small streams are essential to protecting the water resources central to FWF's mission and my own personal enjoyment of the aquatic ecosystems they support. If these waters are treated as non-jurisdictional and thus allowed to be polluted or degraded, I will enjoy them less when I visit, and I will be less likely to want to hike, canoe, fish, and observe nature in and around them. Further, any loss of federal protection for these water systems will divert resources from FWF's

other program areas toward project monitoring and advocacy efforts before our state and local governments in pursuit of the protections Clean Water Act jurisdiction would otherwise guarantee.

17. I understand that the parties challenging the 2023 Rule are asking this Court to vacate the rule and to limit the clearer protections for clean water that the rule provides. An order from this Court limiting the clean water protections provided by the 2023 Rule would make it more difficult for the federal agencies to prevent the degradation of the streams, wetlands, and other waters in Florida that FWF has an interest in protecting and that I use and enjoy. Such an order would imperil FWF's organizational interests and threaten my enjoyment of these waters. Upholding the rule will remedy these concerns.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true correct to the best of my knowledge, information, and belief.

Executed this 2nd day of March, 2023.

*Sarah Gledhill* (signature)

_____
Sarah Gledhill