**Exhibit D**

**Declaration of Tim Gestwicki**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES ENVIRONMENTAL ) <br> PROTECTION AGENCY, *et al.*, ) <br> ) <br> Defendants, ) <br> ) <br> and ) <br> ) <br> KENTUCKY RESOURCES COUNCIL, ) <br> INC., *et al.*, ) <br> ) <br> Applicant-Intervenor-Defendants. ) <br> ) | No. 3:23-cv-00007-GFVT <br> (consolidated with No. <br> 3:23-cv-00008-GFVT) |

## DECLARATION OF TIM GESTWICKI

I, Tim Gestwicki, make the following declaration.

1.  I am over the age of eighteen and competent to make this declaration. This declaration is based on my personal knowledge, information, and belief.

2.  I am a resident of Charlotte, North Carolina.

3.  I am an avid hunter, fisherman, and outdoorsman. I spend as much of my time as I can in North Carolina's natural spaces, including those in and around the coast. I have been fishing and hunting in North Carolina for over 45 years.

4.  I have worked for the North Carolina Wildlife Federation ("NCWF") since 1991. In January of 2009, I became the Chief Executive Officer of the organization. I am responsible for all NCWF operations, including education, advocacy, publications, and litigation.

1

5. The North Carolina Wildlife Federation is North Carolina's oldest and largest statewide non-profit conservation organization, with over ten thousand members and supporters, four dozen affiliates such as the Cape Fear Garden Club in Wilmington, and sixteen community chapters such as the Concord Wildlife Alliance.

6. Since 1945, the NCWF has worked with citizens, outdoor enthusiasts, hunters and anglers, government, and industry to safeguard North Carolina's natural resources, including the headwaters, Carolina Bays, pocosins, and similar waters that make our state unique. Our mission is to protect, conserve and restore North Carolina natural areas—not only as habitats for native wildlife but also as recreational, hunting, fishing, and wildlife observation areas.

7. Because wildlife and its habitats need ample clean water to thrive, water conservation and restoration is a critical part of the NCWF's work. Through policy and protection work, research and education, and direct hands-on conservation projects, we work to protect water quality, and to conserve clean water throughout North Carolina.

8. The NCWF's "Sound Solutions Marine Resources Reform and Management" campaign combats threats to the state's fisheries through habitat loss and water quality degradation. Hundreds of species of fish and other marine life grow and feed within North Carolina's estuarine waters before they are old enough to venture out toward the coast and ocean. Concerned about the health of the state's precious coastal network of sounds, wetlands, and waterways, the NCWF initiated a campaign to protect marine fisheries and habitat for present and future generations. Through this campaign, we work to change the way that North Carolina marine fisheries and habitats are managed and regulated by educating the public and decision makers, and by making policy and regulatory recommendations that will have positive impacts on the state's coastal wetlands and waterways. The NCWF also educates recreational and

2

commercial fishermen about, and discourages the use of, destructive fishing gear and unsustainable fishing practices.

9. Through the Little Tennessee River Native Fish Conservation Partnership, the NCWF engages with agencies, organizations, and businesses to promote the health of the Little Tennessee River Basin, which stretches from north Georgia across North Carolina and into Tennessee. The river basin is home to over one hundred species of fish, as well as mussels, snails, crayfish, and aquatic plants, including state and federally threatened and endangered species. We put sustainable watershed management tools into practice, including the removal of stream obstructions such as culverts, and the restoration of riparian stream banks. The NCWF also creates educational materials, such as videos and interactive online maps, to inform the public about ecological significance of different segments of the river and all of its tributaries.

10. The NCWF also works to connect the public with nature. For instance, through its Great Outdoors University, the organization takes children who have limited opportunities to explore the natural environment on exciting outdoor trips. Many of these trips involve recreational activities that rely on clean water, such as canoeing, fishing, or simply exploring creeks in the woods. These experiences teach children the importance of conserving natural habitats for wildlife, while helping them to gain new skills and build self-confidence.

11. Through our Governor's Conservation Achievement Awards, the NCWF recognizes those who have exhibited a true commitment to protecting water quality and fisheries within North Carolina, including organizations that have worked to restore wetlands, streams, and river systems—such as Winston-Salem's Resource Institute—and individuals who have combatted egregious water pollution—such as those recognized as the Division of Marine Fisheries Patrol Officer and the Water Conservationist of the Year.

12.     In 2017, our Board of Directors passed two resolutions that emphasized the importance of water quality to preserving the health of the state's fisheries and habitat, including the "Resolution on North Carolina Marine Habitat Protection," and the "Resolution on North Carolina Marine Fisheries Reform." In particular, the board's "Resolution on North Carolina Marine Habitat Protection" voiced concerns about the destruction of state sounds and estuaries by excessive development and accompanying sedimentation and pollution, and it stresses the importance of improving water quality and restoring critical aquatic habitats.

13.     We also have sixteen community chapters that work on local projects throughout the state related to water quality and aquatic habitat protection and restoration. For instance, Gaston County's Piedmont Area Wildlife Stewards creates nesting sites for wood ducks in various locations, as well as underwater fish habitat and osprey nesting structures on Lake Wylie. It also works on soil stabilization and erosion control at the Bit of Hope Ranch (a 50-acre ranch dedicated to equine therapy) to improve local water quality.

14.     The Lake Norman Wildlife Conservationists Chapter creates "fish attractors" and massive artificial reefs to develop fish habitat in Lake Norman. The Chapter also builds turtle basking platforms, osprey and blue heron platforms, and coverboards used to monitor reptiles and amphibians living on the islands within the lake. The Chapter plants black willows, water willows, button bushes, and other plant materials on the shores of Lake Norman and its islands to stabilize shorelines and enhance aquatic habitat. The Chapter has also helped to create the 15.5-acre Reeds Creek Wetland by installing nesting boxes for wood ducks, warblers, barred owls, and bluebirds, and by planting trees. Finally, the Chapter is helping to develop the Robbins Park Nature Preserve as wildlife habitat, including the building of silt fencing to protect pond turtles during a pond renovation.

15. The Lake James Area Wildlife and Nature Society hosts community cleanups at Lake James to improve the habitat for wildlife and visitors.

16. The Habitat and Wildlife Keepers in Matthews, North Carolina, adopted Squirrel Lake Park, and members meet often to educate and engage the public through outdoor events, including nature walks and stream explorations.

17. The South Wake Conservationists have monthly guest speakers who talk about aquatic life and habitat issues, such as the nutrient impact on Falls Lake, the effect of development on amphibians, and sustainable fishing practices.

18. The prior administration's constricted definition of "waters of the United States" under the Clean Water Act—the "Navigable Waters Protection Rule"—harmed the NCWF, its local chapters, and its members because it removed science-based federal clean water protections from millions of miles of streams and tens of millions of acres of wetlands, including approximately 527,000 acres of wetlands in the Cape Fear Watershed alone.

19. In response, the NCWF supported the North Carolina Department of Environmental Quality's effort to adopt a state permitting program and associated protections for the North Carolina streams and wetlands left unprotected by federal law like under the "Navigable Waters Protection Rule." That rule has been stalled in the administrative process, so without a strong federal definition of "waters of United States," North Carolina streams and wetlands remain at risk.

20. I understand that the parties challenging the "Revised Definition of 'Waters of the United States'" ("2023 Rule") are asking this court to vacate the rule and to limit the protections for clean water that the rule provides. A decision in favor of the plaintiffs could make it more difficult for the United States Environmental Protection Agency and the Army Corps to protect

5

of small streams and wetlands across the country, including headwater streams critical for North Carolina's fisheries and wetlands critical for wildlife habitat, flood prevention, and pollution control.

21. We are deeply invested in maintaining the water quality of North Carolina for both wildlife, and for our members who enjoy the state's waters and wetlands. We cannot protect estuarine fisheries if the tributaries and rivers flowing into the estuaries are polluted. We cannot ensure critical wildlife habitat is preserved if wetland protections are weakened. Additionally, the more clear Clean Water Act protections are eliminated, the more it will require the NCWF to invest in advocating for local and state water quality protections, which would take away from the organization's other programs and activities.

22. Upholding the 2023 Rule and the Agencies' authority to protect critical headwater streams, other tributaries, and wetlands that sustain our fisheries and wildlife habitat will address the NCWF's concerns.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

                                              Executed on 2/28/2023

                                              Tim Gestwicki