**Exhibit E**

**Declaration of Sara Green**

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# FRANKFORT DIVISION

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY, )<br> )<br>    Plaintiff, )<br> )<br>v. )<br> )<br>UNITED STATES ENVIRONMENTAL )<br>PROTECTION AGENCY, *et al.*, )<br> )<br>    Defendants, )<br> )<br>and )<br> )<br>KENTUCKY RESOURCES COUNCIL, )<br>INC., *et al.*, )<br> )<br>    Applicant-Intervenor-Defendants. )<br> ) | No. 3:23-cv-00007-GFVT<br>(consolidated with No.<br>3:23-cv-00008-GFVT) |

## DECLARATION OF SARA GREEN

I, Sara Green, make the following declaration.

1. I am over the age of eighteen years and competent to make this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am a resident of Irmo, South Carolina.

3. I am an avid outdoorswoman and spend as much of my time as I can in South Carolina's natural spaces.

4. I have worked for the South Carolina Wildlife Federation ("Federation") since 1997. In May of 2019, I became the Executive Director of the organization. I am responsible for all Federation operations, including education, advocacy, publications, and litigation.

5. The South Carolina Wildlife Federation is South Carolina's oldest statewide non-

1

profit conservation organization, with over ten thousand members and supporters. Our mission is to conserve and restore South Carolina's wildlife and wildlife habitat through education and advocacy.

6. In 1931, the purpose of the newly organized Federation was stated to be protection and propagation of the game, fish, and forests of the state. Since that time, the Federation has served as the voice for outdoor enthusiasts of every stripe. Representing hunter and birdwatcher, teacher and backpacker, boater and farmer, gardener and angler, SCWF builds partnerships to ensure everyone can enjoy South Carolina's outdoors and recreation opportunities for generations to come.

7. As clean water is a critical component of all wildlife habitat, water conservation and protection are a main focus of the Federation's work. Through our education and advocacy programs, and hands-on conservation projects, we work to protect natural infrastructure to ensure water quality, and to conserve clean water throughout South Carolina.

8. The Federation has helped lead some of the most important conservation efforts across South Carolina, including efforts to protect the Congaree Swamp (the last remaining remnant of the original bottomland hardwoods in the southeast), preserve the Colleton River and associated salt marshes, stop the Russell Dam on the Savannah River (a dam with reversible turbines that pumped water from Lake Thurmond back to Lake Russell for reuse in power generation and that caused devastating fish kills), save the Wando River from ports development, stop the dredging of Savannah Harbor, and stop building in floodplains. Our involvement in these fights stems from the value we place on South Carolina's waters, as habitat, for fisheries, and for the experiences they provide our members and the State: our unique freshwater wetlands, marshes, swamps, fisheries, streams, and rivers.

9. Our South Carolina Camo Coalition is a network of hunters and anglers who work to protect the state's water and other natural resources so that hunting and fishing can continue as valued recreational traditions for future generations. Members of the coalition monitor issues that affect hunting and fishing, including harmful impacts to water quality, and voice their concerns to elected representatives.

10. For 50 years, the Federation has worked with homeowners across our state to create and enhance wildlife habitat in their own backyards. Originally called the Backyard Wildlife Habitat program of the National Wildlife Federation (and later Certified Wildlife Habitats/Gardening for Wildlife), this initiative encourages landowners to landscape their yards with native plants, reduce use of chemical pesticides and herbicides, and use sustainable gardening practices such as mulching, composting, irrigating with drip/soaker hoses, etc. All of these efforts to enhance wildlife habitat in backyards also significantly helps to reduce runoff into storm drains and local waterways. This is important because we know that even our largest rivers and estuaries are only as clean and healthy as what flows into them through their tributaries. Educational materials distributed widely around the state discuss the impact that each homeowner can have on wildlife, and also the entire ecosystem in their community. This program has been building advocates for healthy waterways for 5 decades and has been wildly successful.

11. The success of the Certified Wildlife Habitat programs in South Carolina led to the Federation's creation of the Wildlife and Industry Together (WAIT) program. Nearly 30 industries around the state have made a commitment to keep wildlife needs in mind when making their land management decisions. Through wildlife food plots, meadows, wetlands, habitat gardens and nature trails, our industry partners are providing valuable wildlife habitat

while also educating their employees about their local ecosystem. Certified WAIT sites also improve their local community by partnering with schools and other local organizations to promote environmental education and conservation.

12. The Federation also works to train citizen scientists who are equipped with field skills to be competent in collecting data to contribute to wildlife management agencies and organizations. We have several programs designed to educate people of all ages and backgrounds about nature, outdoor recreation, South Carolina waterways, and other wild places around the state. Our team of experts leads classes around the state to teach people how to identify flora and fauna, and to make connections between the natural history, current land uses, and conservation needs of wildlife.

13. Through our Palmetto Outdoor Women's Retreat (POWR), we equip 200 women annually with basic skills to enjoy outdoor recreation – including kayaking, canoeing, paddleboarding, fishing, fly-fishing, fish cleaning/cooking, archery, skeet shooting, birding, geocaching, outdoor cooking, and more. While each class focuses on a particular skill or recreational activity, all classes mesh to leave each participant with a greater understanding and appreciation of their natural world and a desire to get active outdoors and do their part to conserve natural resources for future generations to enjoy. If the rivers, streams, and marshes across South Carolina were allowed to be degraded due to weak federal water protections, it would be difficult for us to find safe places for this training and it would be difficult for the women we train to find nearby natural spaces to enjoy.

14. In 2022, we began a new initiative we call "Plishing" – a combination of the Swedish phrase "plocka upp" which means litter pick up, and fishing. Anglers new and old who are interested in conserving and protecting our state's aquatic habitats can join our challenge to

4

help clean our waterways as they set out on their fishing adventures. Many anglers already practice picking up litter where they fish, and this new program gives them incentives for doing so. This program highlights to the general public the need for clean water in our state. Over the summer months, the Federation shares information on how to help keep our state clean, best fishing practices to use when releasing fish, and highlights some of South Carolina's most unique places to go fishing, including in headwater streams and wetlands.

15. According to the National Water Summary of the US Fish & Wildlife Service, South Carolina has nearly 4.6 million acres categorized as wetlands, of which 90% are freshwater. Roughly one-quarter of our total land area is characterized as a wetland, ranking South Carolina as the state with the third highest percentage of land area as wetlands (after Florida & Louisiana). Common wetland types found across South Carolina include Carolina Bays, Pocosins, bogs, seeps, bottomland hardwood forests, tidal freshwater marshes, and tidal salt marshes.

16. The prior definition of "waters of the United States" under the Clean Water Act—the previously-vacated "Navigable Waters Protection Rule"— removed federal clean water protections from millions of miles of streams and millions of acres of wetlands, including approximately 22,000 acres of wetlands in Congaree National Park alone. Similarly, the pre-2015 regime which is currently in place and would again be in effect if this case is decided in favor of the plaintiffs, is less clear on whether these waters receive protection, even though headwater streams and wetlands provide critical habitat for aquatic species and other wildlife; detain, retain and filter development runoff, including herbicides, pesticides, fertilizers and other chemicals, protecting the receiving downstream waters water quality and wildlife. By including a definition of "significantly affect," providing additional guidance on applying the significant

5

nexus standard, and identifying improved and new implementation tools and resources, the "Revised Definition of 'Waters of the United States'" ("2023 Rule") improves clarity in identifying these waters for protection.

17. I understand that the parties challenging the 2023 Rule are asking this court to vacate the rule and to limit the protections for clean water and wildlife habitat that the rule provides. If the court adopts some of the plaintiffs' arguments, it could make it more difficult for the federal agencies to exercise authority to protect headwater streams and wetlands across the country, including headwater streams critical for South Carolina's fisheries and wetlands critical for wildlife habitat, pollution control, and flooding prevention. It could also make it difficult for the agencies to protect Carolina Bays, Pocosins, bogs, seeps, and bottomland hardwood forests.

18. We are deeply invested in maintaining the water quality of South Carolina for wildlife, as well as our members who enjoy the state's waters and wetlands. We cannot protect freshwater and estuarine fisheries and their nursery habitat if the tributaries and rivers flowing into the estuaries are polluted. We cannot ensure critical wildlife habitat is preserved if wetland protections are weakened. We cannot maintain the health and safety of our filter feeding oysters and clams that provide a great recreational resource for our coastal members if development of more wetlands is allowed and negates the filtration of development upland runoff that affects estuarine water quality. We cannot continue to protect unique special wetland and wildlife habitats like our Carolina Bays which mostly do not have a surface water connection to rivers and streams.  If South Carolina waterways are degraded, the programs and opportunities we provide the public and our members like our South Carolina Camo Coalition, Backyard Wildlife Habitat program, our citizen scientist program, WAIT, POWR, and "Plishing," all described above, would be undermined. Furthermore, if Clean Water Act protections are reduced or

rendered less clear-cut by striking down the 2023 Rule, it would require the Federation to advocate more for local water quality protections, which would take away from the organization's other important programs and activities.

19. Upholding the 2023 Rule and the Agencies' authority to protect critical headwater streams, other tributaries, and wetlands that sustain our fisheries and wildlife habitat will address the Federation's concerns.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on February 28, 2023

_____
Sara Green