**Exhibit F**

**Declaration of Michael Butler**

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# FRANKFORT DIVISION

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES ENVIRONMENTAL ) <br> PROTECTION AGENCY, *et al.*, ) <br> ) <br> Defendants, ) <br> ) <br> and ) <br> ) <br> KENTUCKY RESOURCES COUNCIL, ) <br> INC., *et al.*, ) <br> ) <br> Applicant-Intervenor-Defendants. ) <br> ) | No. 3:23-cv-00007-GFVT <br> (consolidated with No. <br> 3:23-cv-00008-GFVT) |

## DECLARATION OF MICHAEL BUTLER

I, Michael Butler, make the following declaration:

1. This declaration is based on my personal knowledge, information, and belief.

2. I am a resident of Franklin, Tennessee. I am over the age of eighteen and suffer from no legal incapacity.

3. I earned a Bachelor of Science degree in Wildlife and Fisheries Science from the University of Tennessee at Knoxville and a Master of Science degree in Fish and Wildlife Management, with a specialty in waterfowl management (including wetlands management), from Montana State University.

4. I am an avid hunter, angler, and outdoor enthusiast. I am an Eagle Scout, and in 2008, I received an appointment from President George W. Bush to serve on the Board of

1

Trustees for the Morris K. and Stewart L. Udall Foundation for Scholarship and Excellence in Environmental policy.

5. I joined the Tennessee Wildlife Federation (TWF), then known as the Tennessee Conservation League, in April of 1996, and have served as its Chief Executive Officer since 2002. The Tennessee Wildlife Federation is one of the largest and oldest statewide wildlife and natural resources conservation organization in Tennessee.

6. The Tennessee Wildlife Federation is a non-profit organization, founded in 1946 as the Tennessee Conservation League. Its mission is to lead the conservation, sound management, and wise use of Tennessee's wildlife and great outdoors. The Tennessee Wildlife Federation brings together and represents the various interests of sportsmen, outdoor enthusiasts, and affiliate organizations committed to conserving Tennessee's wildlife and natural resources.

7. As CEO, I lead Tennessee Wildlife Federation's work in the areas of conservation and environmental protection, of which a significant portion involves working to ensure that Tennessee and Tennesseans have healthy and abundant water resources. We work to protect Tennessee's wildlife and wild places, so ensuring an abundance of clean water is critical to our mission.

8. To further its mission, the Tennessee Wildlife Federation participates in environmental stewardship activities, collaborates with public and private partners, and conducts youth engagement outreach. The Federation additionally monitors and recommends wildlife, water, and land policies. The Federation works with various groups including supporters, businesses, organizations, agencies, and legislators to protect and sustainably use the State's natural resources.

9. The Tennessee Wildlife Federation has approximately 25 employees, and 200,000+ individual friends and supporters. It represents the interests of a diverse membership, including hunters, anglers, bird watchers, hikers, gardeners, and other outdoor enthusiasts in Tennessee who enjoy the State's natural resources.

10. Employees and supporters of the Tennessee Wildlife Federation use and enjoy rivers, lakes, streams, wetlands, and swamps throughout Tennessee. Employees and supporters of the Tennessee Wildlife Federation use Tennessee's rivers, lakes, and other waters for various outdoor recreational activities such as swimming, boating, fishing, and bird watching.

11. The Tennessee Wildlife Federation engages with local, state, and federal agencies and decision-makers from both political parties to promote conservation policy in Washington, D.C. and in our state capital. We are proud to have been part of common-sense solutions throughout our organization's history: in obtaining the formation of what became the Tennessee Wildlife Resources Agency in 1949; securing the passage of the Tennessee Water Pollution Control Act in 1972; and leading the passage of Tennessee's Right to Hunt and Fish constitutional amendment in 2010, among many other initiatives.

12. The Tennessee Wildlife Federation has historically collaborated with the State of Tennessee on water resource issues affecting Tennessee waters. For instance, the Federation served as the chair of the natural resources committee and was a participating stakeholder in the State's development of its TNH2O plan. This collaboration was a multi-year process, and the Tennessee Wildlife Federation devoted staff time and resources to assisting the State in evaluating its water resources and to making recommendations for their sustainable use and protection. As part of this effort, the Tennessee Wildlife Federation helped lead the process of

3

drafting recommendations for the plan's natural resources section. The Tennessee Wildlife Federation also served on the TNH2O Steering Committee.

13. As part of its water and wildlife protection work, employees of the Tennessee Wildlife Federation continuously monitor permit applications submitted to the Tennessee Department of Environment and Conservation (TDEC) and relevant federal agencies, including the U.S. Army Corps of Engineers, for projects that would affect aquatic habitats and water quality in the state. The Tennessee Wildlife Federation frequently submits comments during the permitting processes for such projects.

14. The Tennessee Wildlife Federation has additionally established and maintains stream and wetland mitigation and in-lieu fee programs within Tennessee in order to preserve and protect the health of the State's waters. I serve as President of the Tennessee Mitigation Fund, a wholly owned subsidiary non-profit LLC of the Federation. Tennessee has lost approximately one million acres of its original wetland habitat, and one-third of Tennessee's streams cannot support a healthy population of fish and other aquatic wildlife. Tennessee Wildlife Federation's Habitat Conservation Program takes a science-based approach to restoring and conserving habitat for wildlife and people, partnering with private landowners and public agencies to restore wetland and stream habitat.

15. The Federation currently manages eight aquatic habitat restoration projects that will restore or improve more than 700 acres of aquatic wildlife habitat. One project in Hardin County, begun in 2017, is restoring 50 acres of low-productivity agricultural lands along the banks of the Tennessee River to vibrant wetlands, including grading to allow soil saturation, and planting nearly 20,000 tree saplings of various species. Tennessee Wildlife Federation's wetland mitigation and in-lieu fee programs allow it to play a role in restoring watersheds in the same

regions where development impacts are occurring. A restrictive definition of "waters of the United States" would both undercut this important conservation work and increase the negative impacts of development on wetlands and streams across Tennessee.

16. We also work to protect the health and biodiversity of rivers across Tennessee. For example, the Federation was actively involved in opposing the Tennessee Valley Authority's proposal to build the Columbia Dam on the Duck River several decades ago. More recently, the Federation has advocated to TDEC to protect the biodiversity of the Duck River against the threat of pollution discharges from a large sand and gravel mine in Humphreys County, Tennessee, and through wise water use planning and drought risk management. The Tennessee Wildlife Federation has devoted staff time and organizational resources to these activities in furtherance of its state water work. We know that our most unique and biodiverse rivers, like the Duck River and its fisheries, are only as healthy as their upstream waters, which is why we advocate for robust protections for headwater streams, wetlands, creeks, and other critical waterways.

17. Not only is the protection of small streams and wetlands critical for the Federation's work and its supporters' enjoyment of the outdoors, it plays an important part in sustaining fish and wildlife and, along with them, Tennessee's vibrant recreational industry. The U.S. Fish and Wildlife Service reported that in 2011, $2.9 billion was spent on wildlife recreation in Tennessee, including $1.1 billion on fishing. In that study, more than 2.6 million people participated in wildlife-related recreational activities in Tennessee. As our state's population has markedly increased since then, so has both the demand for fish- and wildlife-oriented recreation, as well as the pressures on the aquatic habitats that support them. Water-based recreation and tourism contributes substantially to the state and local economies and

depends on clean water. For example, the Head of the Hooch event on the Tennessee River in downtown Chattanooga, the world's largest rowing regatta, brings an annual economic impact of more than $5.5 million to the city, with more than 2,100 boats participating.

18. I understand that the now-vacated definition of "waters of the United States," known as the "Navigable Waters Protection Rule" removed federal clean water protections from millions of miles of streams and tens of millions of acres of wetlands across the United States, including over 17,000 acres of wetlands put at risk in Tennessee's Duck River watershed alone, by rejecting a science-based approach to determining what waters must be protected to restore and maintain the chemical, physical, and biological integrity of the nation's waters.

19. I understand that the parties challenging the "Revised Definition of 'Waters of the United States'" ("2023 Rule") are asking this court to vacate the rule and to limit the protections for clean water that the 2023 Rule provides. A decision in favor of Plaintiffs and the Court's endorsement of their arguments would threaten headwater streams and wetlands critical for wildlife habitat and pollution control in Tennessee by maintaining the less clear, pre-2015 regime that is now in place. That would undermine the Tennessee Wildlife Federation's mission.

20. The Tennessee Wildlife Federation is deeply invested in maintaining water quality in Tennessee for wildlife and for our friends and supporters, who enjoy the state's waters and wetlands. We cannot protect Tennessee's lakes and reservoirs if the rivers that form them and the tributaries that flow into them are polluted. We cannot ensure that critical wildlife habitat is preserved if wetland protections are weakened, or if headwater streams are vulnerable to pollution and destruction. The more that Clean Water Act protections are eroded, the more that Tennessee Wildlife Federation will be required to invest in advocacy for local and state water quality protections, taking away resources from our other programs and activities.

21. For example, a bill recently introduced in Tennessee's General Assembly would prohibit TDEC from classifying or regulating as a wetland any real property unless it is also regulated as a wetland under federal law. The harm done to Tennessee's wetlands by such a bill, if passed, would be far greater under the weakened Clean Water Act that the Plaintiffs ask for. In addition, such a restricted scope of federal Clean Water Act protections could further incentivize such efforts to undercut state protections for streams, wetlands, and other waters.

22. Tennessee Wildlife Federation's employees, members, and supporters use and enjoy streams, wetlands, and other water bodies that will be at risk of pollution, destruction, or degradation if this Court issues an order limiting the clarified clean water protections provided by the 2023 Rule. For example, additional development pressure with a reduced or no requirement to obtain U.S. Army Corps of Engineers permits or perform federally required mitigation when filling small streams (e.g., Lick Creek) or wetlands could accelerate and intensify the impacts of Middle Tennessee's growing population to rivers like the Harpeth River and the Duck River, as well as the wildlife that depend on them.

23. Upholding the 2023 Rule and the federal agencies' authority to protect critical headwater streams, other tributaries, and wetlands that sustain Tennessee's vibrant aquatic ecosystems, wildlife habitat, and recreational opportunities, will address some of the Tennessee Wildlife Federation's concerns.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on March 1, 2023.

Michael Butler