**Exhibit I**

**Declaration of Gates Roll**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

| | | |
|---|---|---|
| COMMONWEALTH OF KENTUCKY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | No. 3:23-cv-00007-GFVT |
| UNITED STATES ENVIRONMENTAL | ) | (consolidated with No. |
| PROTECTION AGENCY, *et al.*, | ) | 3:23-cv-00008-GFVT) |
| | ) | |
| Defendants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| KENTUCKY RESOURCES COUNCIL, | ) | |
| INC., *et al.*, | ) | |
| | ) | |
| Applicant-Intervenor-Defendants. | ) | |
| | ) | |

**DECLARATION OF GATES ROLL**

I, Gates Roll, make the following declaration:

1. This declaration is based on my personal knowledge, information, and belief. I am over the age of eighteen and suffer from no legal incapacity.

2. I live on James Island, South Carolina.

3. I am a member of the South Carolina Wildlife Federation ("SCWF") and have been since 2022.

4. I am 36 years old, and my family has owned property in South Carolina since 1999, when I was 13. I grew up in Atlanta and would spend my summers in South Carolina. After graduating from high school in Atlanta, I attended the College of Charleston and never left the area. I have thus been exploring the waters of northern Charleston county and Georgetown

1

county, using and enjoying these special waters, ocean-fed inlets, creeks, wetlands, rivers, swamps, and marshes, since 1999.

5. Since graduating from college, I have worked full-time as a fishing and nature guide across the South Carolina Lowcountry, primarily in the Charleston area.

6. I am the owner of Tall Tide Fishing Adventures, a water-based recreation company. I lead nature and birding trips and conventional fishing and fly-fishing trips for clients from all over the world who travel to Charleston because of its unique waters and landscapes, including the wetlands, marshes, bays, and headwater streams protected by the current administration's new definition of the "waters of the United States" ("2023 Rule").

7. When I advertise my business or describe Lowcountry fishing, I always tell people that it's not just about the fish, but more about the unique waterways that sustain them, the incredible surrounding natural landscapes, and the pure wonder of fishing in one of the most important ecosystems on the planet. I don't sell people on catching huge fish every time they come out on my boat; I'm selling them on beautiful surroundings and the ability to feel a connection to wildlife and the wilderness and the special places we have in the Lowcountry near Charleston.

8. My goal is to provide people an opportunity for a true outdoor adventure and to facilitate a connection with the environment and the world around them. Our tours on freshwater tributaries allow people to observe a variety of wildlife, including alligators, turtles, bald eagles, warblers, and other freshwater birds. Paddling on these small tributaries allows people to have an intimate connection with the water and with the natural beauty of the Lowcountry.

9. The wetlands of South Carolina are an essential part of the overall aquatic ecosystem; they serve as an important and irreplaceable filtration system that purifies water for

the benefit of larger rivers and streams. Small tributaries and wetlands must be protected from pollution in order to maintain the water quality of larger waterways. Too many of South Carolina's wetlands have already been lost to development, and downstream waters have suffered as a result. Development pressure is growing in the Charleston area and without strong federal clean water protections, I'm concerned that the rivers, marshes, and streams where we operate will be polluted or destroyed.

10. Growth and development of the remaining untouched places around Charleston would mean there are fewer and fewer natural marshes for me to use and enjoy. It would also be hard to sustain my ecotourism business if there are fewer and fewer clean, remote waterways for me and my clients to use and enjoy.

11. My business and livelihood depend on clean water. The selling point of my business is that it provides an opportunity to explore unique wilderness areas and pristine waterways. A perfect day for a client involves both beautiful scenery and catching fish. Poor water quality would injure area wildlife, cause degradation of the area's diverse water resources, and negatively impact fishing and other aquatic recreational opportunities. Additionally, poor water quality poses a serious health risk to anglers and paddlers who come into contact with polluted waters, including my customers and employees.

12. Beyond my concerns about poor water quality from weakened water protections and its impact on my ecotourism business, I am also worried about my family's recreational interests in the Lowcountry. Every place that I take a client is a place that I first discovered myself recreationally.

13. I have been exploring the waters in the Lowcountry with my wife since before we got married in 2014. I have two sons: a three-and-a-half-year-old and one-and-a-half-year-old. I

3

look forward to the days when they can join us in exploring the waters around the Lowcountry. I want the Lowcountry's headwater streams, blackwater rivers, marshes, and other wetlands to continue to exhibit the same pristine wilderness qualities that they do today so that my kids can enjoy the natural environment here like I do.

14. I also want my kids to have the same experiences and opportunities that I had growing up. Ever since I was 13 years old, I have been able to take a jon boat out on the water by myself and explore everything that the Lowcountry has to offer. I want the same thing for my kids, but if there is more unmitigated development, pollution, and alteration of our marshes and fisheries, the character that the Lowcountry had when I was a kid will fade away.

15. If the Clean Water Act is not able to protect the Lowcountry's unique water resources, my ecotourism business will suffer, and I will not be able to enjoy exploring and fishing the Lowcountry's waterways, nor will my wife and sons.

16. I understand that the parties challenging the 2023 Rule are asking this Court to vacate the rule and to eliminate the longstanding protections for clean water that the Rule provides. A decision in favor of Plaintiffs would block clearer protections for headwater streams and wetlands across the country, including headwater streams and wetlands critical for the health of South Carolina's and the Lowcountry's fisheries and waterways.

17. The South Carolina Wildlife Federation represents my interests in defending the 2023 Rule. Upholding the 2023 Rule and the longstanding protections it revives for the nation's waters would address my fears about the degradation of the streams, wetlands, marshes, and other waterways that sustain my business and my, my family's, and my clients' enjoyment of the beautiful outdoors of the Lowcountry.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

                                              Executed on February 28, 2023

*Robert Gates Roll*
_____
Robert Gates Roll

5