**Exhibit J**

**Declaration of Manley Fuller**

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# FRANKFORT DIVISION

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES ENVIRONMENTAL )<br>PROTECTION AGENCY, *et al.*, )<br>)<br>Defendants, )<br>)<br>and )<br>)<br>KENTUCKY RESOURCES COUNCIL, )<br>INC., *et al*., )<br>)<br>Applicant-Intervenor-Defendants. )<br>) | No. 3:23-cv-00007-GFVT<br>(consolidated with No.<br>3:23-cv-00008-GFVT) |

## DECLARATION OF MANLEY FULLER

I, Manley Fuller, declare as follows:

1. I am over the age of eighteen and competent to make this declaration. This declaration is based on my personal knowledge, information, and belief.

2. I am the Vice President of Conservation Policy for the North Carolina Wildlife Federation ("NCWF"). Until February 1, 2019, I served as the President of the Florida Wildlife Federation ("FWF").

3. I am also a current member of the National Wildlife Federation ("NWF"), the South Carolina Wildlife Federation ("SCWF"), and the NCWF. SCWF and NCWF are affiliates of NWF. I frequently enjoy the outdoors while fishing, hunting, birdwatching, and paddling.

4. I am a current resident of Florida but split my time between homes in Florida and

1

North Carolina. My residence in Crawfordville, Wakulla County, Florida is located on the east bank of the Wakulla River. My residence in Hickory, Catawba County, North Carolina is located on Cripple Creek, which flows into Lake Hickory, an impoundment of the Catawba River. I also own, and regularly visit, a cabin in Jonas Ridge, Burke County, North Carolina, near the Linville Gorge Wilderness Area and the Pisgah National Forest.

5. I have devoted much of my career to protecting and restoring wetlands, streams, rivers, and bays. In Florida, I have worked to protect and restore the wetlands, sinkholes, springs, and streams of the Wakulla and St. Marks River watersheds. This work has included efforts to expand state park, state forest, national forest, and national wildlife refuge conservation lands in and around Wakulla Springs and the Wakulla and St. Marks River watersheds, such as the St. Marks National Wildlife Refuge and Apalachicola National Forest. While I was serving as the President of FWF, the FWF and I as an individual plaintiff challenged the City of Tallahassee's wastewater treatment spray field in court, due to its adverse impacts on Wakulla Springs, one of the largest (first order magnitude) karst springs. This action was successful, resulting in a mediated settlement agreement involving changes in water management and implementation of new technologies which greatly reduced nutrient loading to waters of the karst springshed flowing underground from the Tallahassee Sprayfield to Wakulla Springs. In North Carolina, I have continued to work on protecting and restoring riparian systems. Most recently, I participated in NCWF cleanup efforts in and around Lake Rhodhiss at the foothills of the Blue Ridge Mountains, removing trash and debris from the lake and surrounding waterways, including several nearby tributaries and distributaries. I regularly participate in such cleanup efforts, as well as other conservation efforts, and plan to continue to do so into the future.

6. The St. Marks River and Apalachee Bay watershed covers about 1,168 square

miles. It stretches from southern Georgia through northern Florida and includes the city of Tallahassee. The St. Marks River eventually flows into Apalachee Bay, in the northeast corner of the Gulf of Mexico. The Wakulla River is a tributary to the lower St. Marks River. One of the nation's largest gunpowder manufacturing facilities is located near where the St. Marks and Wakulla join and Big Boggy Creek drains into the Wakulla River adjacent to the St Mark's National Wildlife Refuge. I remain concerned about the historical contamination of surface and groundwater from this plant and other industrial facilities in the town of St. Mark's, as well as the added pollution made possible under the prior administration's definition of "waters of the United States" in the "Navigable Waters Protection Rule." The upper St. Marks River receives intermittent surface flow from four sub-basins in the upper watershed that often function as closed basins, draining to sinkholes or wetlands. During seasonal wet periods, high stream flows exceed the capacity of the sinkholes and small streams and flow directly over the surface into the St. Marks River or into wetlands that contribute flow to the upper river. The river picks up additional flow from wetlands, intermittent streams, and small seeps and springs as it flows south.

  7. The Wakulla River emerges at Wakulla Springs and receives most of its freshwater flow from springs or small spring runs that discharge to the river. Except for the Wakulla River itself, all major streams in the Wakulla River watershed drain to sinkholes and become sub-surface flow. Portions of these sinking streams reappear and flow to numerous springs in the watershed. These surface and sub-surface flows through the karst topography of the watershed are highly connected and interactive. The lower Wakulla has been plagued in the past by nutrient pollution from runoff, septic tanks, municipal waste, treatment sprayfields, and other industrial sources, causing algal blooms, low dissolved oxygen, and a degraded ecosystem.

This degradation also diminished the river's ecological and recreational values, as well as my enjoyment of the River. Although the River has improved, I am concerned about the pollution and degradation that could be allowed if Plaintiffs' challenges prevail before this court, such as by limiting protections for smaller streams that flow into the Wakulla and St. Mark's Rivers.

8. Wetlands constitute an estimated 26% of the St. Marks River watershed, more than 190,000 acres. The upper portion of the St. Marks River watershed is primarily a complex of wetlands, intermittent streams, sinkholes, and sinking streams that contribute flow to the river. Predominant in the watershed are palustrine, forested wetlands including bottomland hardwoods and cypress-tupelo swamps usually associated with stream and river floodplains. These forested wetlands are typically inundated seasonally, but not year-round. Approximately 39,500 acres of palustrine forests (i.e., forested and scrub-shrub wetlands) are found in the St. Marks and Wakulla basins, primarily in the upper portion of the St. Marks basin. Fresh and brackish water marshes also exist in the watershed, including riparian freshwater marshes. Many of these wetlands and sinkholes are connected to the rivers through subsurface flows through karst topography but are not directly abutting the main stem river. The health of the Wakulla and St. Marks Rivers cannot be protected without safeguarding the complex of interconnected wetlands, intermittent streams, sinkholes, and sinking streams that contribute flow to these rivers. I am concerned these important waters would be threatened if Plaintiffs prevail in this lawsuit.

9. The St. Marks River, Wakulla River, and Apalachee Bay systems support a diverse array of wetland and stream habitats for plants and animals. These include headwater springs, streams, rivers, sloughs, cypress-tupelo swamps and other forested and shrub wetlands, as well as freshwater and brackish water marshes. Forty-seven fish species have been recorded in the river system, collected from the head springs downstream to McBride Slough. Sportfish

4

catch is high in both the Wakulla and St. Marks Rivers, dominated by Suwannee and Largemouth bass and other freshwater game fish. Estuarine species that move upstream into freshwater portions of the river system include striped mullet, perch and the American eel, among other species. The American eel is a great example of the connectivity of waters: They fully utilize salt, brackish, fresh and surface waters, as well as subsurface waters that well up into karst sinkholes and windows into the Apalachicola National Forest, where I have personally observed them. At least 75 bird species, including waterfowl and wading birds, use the floodplain marshes and swamps associated with the river system. Many of these waterfowl and wading bird species are dependent on these seasonally inundated wetland habitats for food. While some of the watershed is at least partially protected as federal or state conservation lands, much of it remains in private ownership.

10. The Catawba River serves as the headwater for the Santee River Watershed, which covers over 1,280 square miles. The Santee Watershed begins in North Carolina, on the eastern slopes of the Blue Ridge Mountains, and flows all the way to Lake Marion in South Carolina, where it drains into the Atlantic. The Catawba River basin contains more than 3,000 miles of streams, including Linville River, North Muddy Creek, Warrior Fork, Johns River, Silver Creek, Lower Creek, Little River, Gunpowder Creek, Muddy Fork, Dutchman's Creek, and Crowders Creek, some of which would be vulnerable if Plaintiffs' arguments prevail. The Linville River is one of only four rivers in the state designated as a "Natural and Scenic River" in the U.S. National Wild and Scenic River System. Despite this designation, many of the other tributaries and distributaries of the Catawba remain threatened by pollution, over-sedimentation, nutrient saturation, and development. In 2008, American Rivers named the Catawba–Wateree the "Most Endangered River" in the United States.

5

11. Lake Rhodhiss and Lake Hickory are impounded sections of the Catawba and were created in the 1920s upon construction of the Rhodhiss and Oxford Dams. These and other dams along the length of the Santee have contributed to the dramatic decline of wetlands in the Carolinas. By some reports, land use in the basin was estimated to be 54% forested, 23% urban or developed, 16% agricultural, 3% grassland, and less than 1% wetland. These data make North Carolina's remaining wetlands a precious state and federal resource. They must be protected to filter pollution before it reaches other waterways, hold back floodwaters during frequent storms, sequester carbon, provide habitat for fish and wildlife, and provide respite for me and other outdoor explorers. If the Court agrees with Plaintiffs' arguments in this case, North Carolina's remaining wetlands would be left largely without federal protection.

12. The Catawba basin is a vibrant ecosystem and contains several species that exist nowhere else on the planet. The Edmund's Snaketail dragonfly is only known to live along the Upper and Wilson creeks, and the Grandfather Mountain Crayfish can only be found in the Linville River. The basin is also home to more commonplace species, like the Great Blue Heron. The Linville Gorge is also greatly appreciated by outdoor recreationalists. Known as the "Grand Canyon of the East," the gorge showcases some incredibly stunning and unique geologic formations. The dramatic changes in elevation within the gorge also provide ample opportunities for hikers to observe waterfalls and cascades.

13. In addition to my professional and volunteer work to protect the rivers of Florida and North Carolina, I also personally use and enjoy these waters. Since both of my residences are in close proximity to the wetlands, karst sinkholes, sloughs, and streams of the St. Marks, Wakulla, and Catawba River watersheds, I spend considerable time exploring Florida and North Carolina's riverine and floodplain ecosystems. In and around my property, I observe birds,

alligators, and other wildlife. At least twice a year, I traverse the Wakulla River and associated wetlands by canoe, launching from my dock. I take field trips to Wakulla Springs and the associated river run about ten times each year to observe manatees and other fish and wildlife. I frequently enjoy hiking, observing nature, fishing, and hunting in the wetlands, sinkholes, lakes, and streams in and around the Apalachicola Forest in the Wakulla River watershed, and I fish in the brackish waters of the lower St. Marks River, typically a couple of times each year. I also hike along tributary streams to the Catawba near the Linville Gorge most weekends. I plan to continue to visit and enjoy these waters.

14. The federal Clean Water Act's safeguards provide an essential foundation to protect the health of North Florida's river systems and the Catawba River Basin in North Carolina. I have long supported and advocated for the strengthening of Clean Water Act protections for these waters. By removing protections from many of these waters, the prior administration's "Navigable Waters Protection Rule" presented a significant threat to the integrity of Florida and North Carolina's aquatic systems, including the waters I love to visit and use for recreational and professional purposes.

15. I am very concerned about pollution in the St. Marks and Wakulla River watersheds, especially pollution of the wetlands, springs, sinkholes, sinking streams, distributaries, and seasonally flowing streams there. I know that pollution or destruction of these waters will have negative impacts not only there but also downstream, in the St. Marks River, the Wakulla River, and Apalachee Bay. The loss and degradation of these waters would also adversely affect the fish and wildlife habitat they provide and have negative effects on wildlife downstream, including fish, birds and mammals that eat them.

16. I am familiar with the recently finalized "Revised Definition of 'Waters of the

7

United States'" ("2023 Rule"), and I understand that this rule largely restores longstanding clean water protections embodied in the pre-2015 regime, with more clear protections for streams and wetlands based on the important functions they provide. I believe that strong science-based federal clean water protections for wetlands, sinkholes, and small streams are essential to protecting the water systems that I use and enjoy in both Florida and North Carolina from pollution and degradation. If the wetlands and other waters of the Wakulla, St. Marks, and Catawba River watersheds are polluted or degraded, I will enjoy them less when I visit, and I will be less likely to want to hike, canoe, fish, and observe nature in and around the Wakulla and Catawba basins.

17. I understand that the parties challenging the 2023 Rule are asking this Court to vacate the 2023 Rule and to limit the protections for clean water that the rule provides. An order from this Court limiting the clearer clean water protections provided by the 2023 Rule as the Plaintiffs request would allow greater degradation of the streams, wetlands, and other waters in Florida and North Carolina that I use and enjoy and would threaten my enjoyment of these waters.

18. NWF, SCWF, and NCWF represent my interests in intervening to defend the 2023 Rule. Upholding the rule will remedy some of the concerns described above.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true correct to the best of my knowledge, information, and belief.

Executed on February 27, 2023.

_____
Manley Fuller

8