**Exhibit K**

**Declaration of Robert Dale Brown**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY,  )<br>  )<br>  Plaintiff,  )<br>  )<br>v.  )<br>  )<br>UNITED STATES ENVIRONMENTAL  )<br>PROTECTION AGENCY, *et al.*,  )<br>  )<br>  Defendants,  )<br>  )<br>and  )<br>  )<br>KENTUCKY RESOURCES COUNCIL,  )<br>INC., *et al.*,  )<br>  )<br>  Applicant-Intervenor-Defendants.  )<br>  ) | No. 3:23-cv-00007-GFVT<br>(consolidated with No.<br>3:23-cv-00008-GFVT) |

**DECLARATION OF ROBERT DALE BROWN**

I, Robert Dale Brown, make the following declaration.

1. This declaration is based on my personal knowledge, information, and belief.

2. I am a resident of Cary, North Carolina. I am over the age of eighteen and suffer from no legal incapacity.

3. I earned a B.S. and Ph.D. in animal nutrition from Colorado State University and Penn State University, respectively. I later worked as a research scientist for the Caesar Kleberg Wildlife Research Institute in Kingsville, Texas, then as a Department Head at Mississippi State University, and later at Texas A&M University. Most recently I served as Dean of the College of Natural Resources at North Carolina State University. I am currently the elected Affiliate Representative to National Wildlife Federation and a member of the North Carolina Wildlife Federation ("NCWF") board of directors. I was previously chair of the NCWF board and national

1

president of the Wildlife Society.

4. I have been a member of the NCWF for many years, am a member now, and plan to remain a member. I joined the NCWF board about ten years ago. As chair of the NCWF board, I had many responsibilities, including approving the budget, hiring the director, chairing the board meetings, overseeing the various committees of the board, fundraising, attending chapter meetings, communicating with federal and state policymakers and legislators, and educating the public about conservation issues in our state.

5. I am an avid kayaker, and I am deeply invested in the quality of water in North Carolina.

6. While in Texas, I participated multiple times in the Texas Water Safari. The Texas Water Safari is an annual race on the San Marcos River from the Aquarena Springs all the way down to the San Antonio Bay. It is about 260 miles and takes 100 hours to finish. About 150 boats enter each year, and only a little over half finish. It is a real test of endurance. The first time, I entered on my own and only lasted one day. The next time, my friend and I entered together, and since then, we have finished the whole race three times.

7. For ten years, I have been part of a group called Hope Floats North Carolina. We've done an annual paddling trip on the Neuse River, raising money for the American Cancer Society. We spend eight days paddling 210 miles. About half of the group's members are cancer survivors. Everyone else has a relative or friend who has been affected by cancer. Although I have not been personally affected by cancer, I love paddling and the comradery of the group.

8. My family also enjoys kayaking and canoeing with me. I have three sons, and they were all Boy Scouts, so I always had a son in Boy Scouts. At different times, I was an assistant scoutmaster and Venture Crew leader, and often went on canoeing trips with my sons' troop. Each year my wife and I still take Boy Scouts from North Carolina to the Boy Scouts of America High

Adventure Base in Beckley, West Virginia, for white-water rafting trips. My wife enjoys kayaking as well. We now have four kayaks—two of them are for short day trips, and the other two are for longer excursions. We live on a small, thirty-acre lake in Cary called Kildaire Lake. We have built a little dock, and, every couple of weeks, we take our smaller kayaks out on the lake. We often see geese and a few beavers.

9. My wife and I also go on three or four longer trips each year. We've raced in the annual Oriental Dragon Boat Festival in Oriental, North Carolina, which involves long canoes with twenty paddlers each. We also go on kayaking trips on Jordan Lake, Falls Lake, the Cape Fear River, and Lake Crabtree, as well as sea kayaking trips on the North Carolina coast, and we plan to continue these trips in the future. We belong to the Carolina Kayak Club and a kayaking Meetup group.

10. Clean water is essential for kayakers. If the water is polluted, it ruins your entire trip. If you are paddling and you see dead fish, or a tree limb that has caught a pile of trash, or if there is an odor from the water, it destroys the whole experience of being outdoors and on the water. I have experienced this while kayaking on the Neuse River, on Jordan Lake and Falls Lake, and even on Kildaire Lake, where we live. For instance, there is one stretch of the Neuse River a few miles south of the Falls Lake Dam in Raleigh that smells terrible because of the discharge from a chemical plant into the water. I can vividly remember the odor ruining my experience. No one wants to kayak where there is trash, or dead fish, or where it smells bad. When that occurs, I am forced to find somewhere else to kayak.

11. When I raced in the Texas Water Safari, the water was crystal clear at the beginning of the race in the Aquarena Springs. The farther south I went, the more polluted the water became. Past San Antonio, the water turned green and brown and miserable.

12. I am very concerned about water pollution, not only for my kayaking trips, but also

3

for the health of humans and the environment. I worry about all of the things that go into our water that we have no knowledge of. Clean water is essential for life.

13. In order for our waters to be protected, one must start where the water starts—the creeks, tributaries, and wetlands. Without protection for the headwaters of our lakes and rivers, our water quality will rapidly decline. Already, our state is facing huge problems with water pollution, and it affects everyone: commercial and recreational fishermen, kayakers, swimmers, and anyone who drinks or uses the water.

14. There are three streams that flow into the lake we live on. When there is a heavy rain or snow, all of the pollution from nearby construction and development that goes into those streams flows directly into the lake, making it less appealing for kayakers, fishers, and swimmers. We already have huge problems with pollution and sedimentation here. Several years ago, the Homeowner's Association Lake Committee spent $370,000 draining the lake and removing excess sedimentation with bulldozers, and the lake already badly needs it again. The homeowners are enraged because the sedimentation and pollution are decreasing property values around the lake. The quality of the lake is only going to get worse if upstream protections are not improved.

15. Although I am deeply involved in the NCWF, and we work hard to protect wildlife habitat, we cannot do much for North Carolina wildlife without clean water. The Clean Water Act is an essential legal tool that we use to guard the lakes, streams, and estuaries that wildlife depends on.

16. If the Clean Water Act is not able to protect our upstream waters, the job of the NCWF, and other conservation groups, would be much more difficult because we wouldn't have the same tools that we have under federal law and will have to seek new protections under state and local law. I understand that the parties challenging the "Revised Definition of 'Waters of the United States'" ("2023 Rule") are asking this court to vacate the 2023 Rule and to limit the clearer

4

protections for clean water that the rule provides. A decision in favor of Plaintiffs would make it more difficult for the federal agencies to protect headwater streams and wetlands across the country, including headwater streams critical for North Carolina's fisheries and wetlands critical for wildlife habitat and pollution control. It could also result in more water pollution that will affect my enjoyment of both the lake that I live on and the rivers and streams where I kayak.

17. The North Carolina Wildlife Federation represents my interests in defending the 2023 Rule. Upholding the 2023 Rule and the longstanding science-based protections it revives for the nation's waters would address my fears about increased water pollution and degradation of my use and enjoyment of rivers and streams where I kayak.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on 2/28/2023

Robert D. Brown