**Exhibit L**

**Declaration of Tony Bebber**

## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## FRANKFORT DIVISION

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. 3:23-cv-00007-GFVT |
| UNITED STATES ENVIRONMENTAL ) | (consolidated with No. |
| PROTECTION AGENCY, *et al.*, ) | 3:23-cv-00008-GFVT) |
| ) | |
| Defendants, ) | |
| ) | |
| and ) | |
| ) | |
| KENTUCKY RESOURCES COUNCIL, ) | |
| INC., *et al*., ) | |
| ) | |
| Applicant-Intervenor-Defendants. ) | |
| ) | |

### DECLARATION OF TONY BEBBER

I, Tony Bebber, declare as follows:

1. My name is Tony Bebber. I am over the age of eighteen and am competent to make this declaration.

2. I live in Little Mountain, South Carolina.

3. I earned a Bachelor of Science degree in Community/Regional Planning at Appalachian State University, and then worked in planning in North Carolina and Virginia, focusing on comprehensive planning, including economic development, and site planning, erosion control planning, and subdivision review. I then served 25 years as a Planner/Planning Manager at the South Carolina Parks, Recreation and Tourism Department, where I saw how important streams, wetlands, and other waterways are to the health of communities and the

1

economics of tourism and recreation. I recently retired as part-time manager for Pearson VUE, where we delivered national and state certification examinations for a number of professional organizations and agencies.

4. I became involved with the South Carolina Wildlife Federation in the early 1990s through my membership in the Saluda River Chapter of Trout Unlimited. I was elected to the Board of Directors in 1998 and have served ever since, including as President of the South Carolina Wildlife Federation Board of Directors in 2004 and 2005. I have served on various committees including the Executive, Fisheries, Auction, Education, National Hunting & Fishing Day, and Bass Tournament committees.

5. Due to my commitment to preserving wildlife, outdoor recreational opportunities like hunting and fishing, and South Carolina's water resources, I have served as the Board chair for the Saluda River Trout Unlimited Chapter and Southeast Council of State Outdoor Recreation Planners. I am involved with the Boy Scouts of America as a Merit Badge Counselor for Environmental Science, Fish & Wildlife Management, Citizenship in the Community, Camping, Nature, Fishing, and Fly Fishing. I also served as an Assistant Scoutmaster for over 20 years, during which I found much fulfillment teaching my two sons, their friends, and many other youngsters about leadership, community service, the joys of being outdoors, the importance of respecting nature, and the responsibility of caring for important natural resources like streams, wetlands, and other waterways.

6. I played in the neighborhood creek where I grew up in Statesville, North Carolina, often on the way home from school, and I was impressed with the minnows, frogs, snakes, and crawdads I found there with my friends. It was interesting to all of us how the creek was affected by runoff after rains. I have been hunting and fishing for over 50 years, initially taught by my

Dad, especially hunting quail, squirrel, rabbit, and dove, and fishing for bream, bass, and crappie. I started duck hunting with my brother more than 30 years ago and now go with him, his son, his grandson, and/or my two sons when we can arrange a trip near or far, such as to South Carolina Department of Natural Resources lands, upper Lake Murray in South Carolina, upper Lake Norman in North Carolina, the Outer Banks, Reelfoot Lake State Park in Tennessee, or Saskatchewan in Canada. We hope to plan another family duck hunting trip along the Central Flyway in the coming year. I deer and turkey hunt along a hardwood bottom on some land I lease with some others in Chester County, South Carolina. There is a small stream there that a lot of animals use; it has minnows, frogs, snakes, and crawdads, too. It is interesting to watch hawks and owls hunt along that small creek.

7. I taught my wife and sons to flyfish, as my Dad taught me, and we particularly enjoy bream fishing with fly poppers. One can tell when an unprotected cove has some pollution in it because many of the fish will have red sores.

8. Even though I have been flyfishing on lakes all my life, I began trout fishing in about 1985 when I joined the local chapter of Trout Unlimited. I soon learned about the life cycle of trout and the many invertebrates found in streams. Our chapter (and others) worked with the U.S. Forest Service and Clemson University "bug picking" on the Chattooga River to help establish a baseline of fauna in the National Wild and Scenic River watershed (in North Carolina, South Carolina, and Georgia).

9. I have fished the Lower Saluda River, Chattooga River, Whitewater River, and Chauga River in South Carolina; the Davidson River, Mitchell River, Mills River, Nantahala River, Linville River, Oconaluftee River, Watauga River, and several smaller creeks in North Carolina; the Little River, Laurel Creek, Abrams Creek, Little Pigeon River, Cosby Creek, and

some others in Tennessee; and enjoyed guided fishing trips in Montana, Alaska, and Alberta. When I lived in Virginia, I often fished the Rappahannock River for smallmouth bass, and recently fished for trout on Stoney Creek while my wife was snow skiing at a resort. Sometimes while fishing, I see unexpected wildlife—an osprey or eagle grabbing a fish nearby, a prothonotary warbler passing through, or woodpeckers nesting in a dead tree.

10. I learned paddling "on the job" while working on the Lower Saluda River Corridor Plan, the Edisto Basin Study, the Catawba River Corridor Plan, and hydro-electric re-licensing activities. Paddling provides an opportunity to see all the wildlife (warblers, eagles), and plants (rocky shoals spider lilies) around the rivers and see first-hand how the tributaries impact the rivers they flow into.

11. I understand that the parties challenging the U.S. EPA's and U.S. Army Corps of Engineers' ("Agencies") issuance of the "Revised Definition of 'Waters of the United States'" ("2023 Rule") in this case are asking the United States District Court for the Eastern District of Kentucky to stop the 2023 Rule from going into effect and to vacate the rule nationwide. I also understand that the Plaintiffs claim that the Rule defines "waters of the United States" too broadly and want to limit federal protections for headwater and other streams that do not flow continuously, many wetlands, and other waters. If the Court accepts some of the Plaintiffs' arguments, it would be more difficult for the Agencies to protect important streams and wetlands—streams that my family and I enjoy fishing for trout in and wetlands that support my family's duck hunting. And, if streams and wetlands are polluted or otherwise destroyed, the larger tributaries and rivers downstream will become degraded, fish populations will be destroyed, and people, including me, my family, and other members of the South Carolina Wildlife Federation, who hunt, fish, and otherwise find enjoyment from spending time near these

4


waters, will suffer.

12. South Carolina Wildlife Federation represents my interests in intervening to defend the 2023 Rule. Upholding the rule will remedy some of my concerns described above.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on March 1, 2023

*/s/ Toy Bell*

_____