**Exhibit M**

**Declaration of Richard Staffon**

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# FRANKFORT DIVISION

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES ENVIRONMENTAL )<br>PROTECTION AGENCY, *et al.*, )<br>)<br>Defendants, )<br>)<br>and )<br>)<br>KENTUCKY RESOURCES COUNCIL, )<br>INC., *et al*., )<br>)<br>Applicant-Intervenor-Defendants. )<br>) | No. 3:23-cv-00007-GFVT<br>(consolidated with No.<br>3:23-cv-00008-GFVT) |

## DECLARATION OF RICHARD STAFFON

I, Richard Staffon, make the following declaration:

1. This declaration is based on my personal knowledge, information, and belief.

2. I am a resident of Cloquet, Minnesota. I am over the age of eighteen and suffer from no legal incapacity.

3. I am a member, and past President (2012–2020), of the W. J. McCabe Chapter of the Minnesota Division of the Izaak Walton League of America, and a member of the Izaak Walton League of America (collectively, the "Ikes"), and I support the Division's and the national organization's objectives in this case. The Division and the Izaak Walton League of America represent my interests in this case.

1

4. I have been a member of the Ikes for about 25 years. I have donated to the organization and also participated in its activities. These activities include serving on the board of directors and as editor of the chapter newsletter. I have also participated as a leader in outdoor youth expos to engage young people in outdoor recreation and environmental education.

5. This chapter has worked for decades to protect the natural resources of the Duluth area and northeastern Minnesota. Our members are individuals who enjoy hunting, fishing, canoeing and all types of outdoor recreation.

6. As part of this chapter, I have advocated at the local, state, and federal levels for clean water, healthy soils, fish and wildlife habitat, public lands, and outdoor recreation. This work has included writing comment letters, testifying at public meetings and public hearings, meeting with legislators and government agency staff, and speaking to news media.

7. Our chapter has long advocated for stronger protection for so-called geographically "isolated" wetlands and intermittent streams under the Clean Water Act as their level of protection has been challenged and changed over the years.

8. In recent years, the chapter has been very active in the campaign to protect the Boundary Waters Wilderness and the St. Louis River watershed from copper-nickel mining and to clean up and restore the Duluth Harbor and St. Louis River estuary from a legacy of industrial pollution. I live and own property in Cloquet, a city that sits on the St. Louis River. I moved here in 1980 and have lived here, not far from the river, since then.

9. I worked as a wildlife manager for the Minnesota Department of Natural Resources ("DNR") for thirty-six years. I worked primarily in Carlton, Pine, and St. Louis Counties, and the St. Louis River goes through the center of the work area. While I worked for the DNR, I worked regularly on wildlife and water issues in and around the St. Louis River. I

worked on a project that resulted in the acquisition from Minnesota Power of 22,000 acres of land located along the river and in drafting a management plan for those lands. I managed two state wildlife management areas located on man-made islands in the St. Louis River estuary, performed a wetlands inventory for the St. Louis River estuary, and worked on habitat restoration and wild rice issues. I also worked on plans for EPA-identified Superfund sites in the watershed. Working for the DNR, I invested a great deal of time and energy in the St. Louis River watershed. I remain concerned about and committed to its protection.

10. In my position at the DNR I also conducted aerial surveys of wild rice, a native aquatic grass and traditional Native American staple grain, in the region. Wild rice is an important social and cultural component for Native American tribes and rural Minnesota communities, and wild rice beds in wetlands are very attractive to migrating waterfowl. Many wild rice areas are traditional waterfowl staging and hunting areas. At the DNR, I also participated in the hand-seeding of wild rice by canoe in several wetlands and lakes in order to reestablish stands of wild rice. Minnesota has more acres of wild rice than any other state in the country. My interest with wild rice has continued beyond my career, as I am a hand-harvester of wild rice in public waterways in the region. As a result of my professional and personal experiences, I am interested in preserving the wild rice resource for my use and that of others—that means I am interested in preserving the wetlands that sustain the growing of wild rice. I am concerned that potential pollution impacts to wild rice and the wetlands it grows in could lessen its presence in the future, and impact public access to healthy wild rice waters.

11. My work at DNR also included coordinating forest management to benefit wildlife habitats on state and county forest lands, and directly managing several state wildlife management areas. I managed forest, brushland and wetland habitats for game species such as

deer, bear, ruffed grouse, sharptailed grouse, and waterfowl along with a variety of furbearers and nongame species.

12. I had contact with the W. J. McCabe chapter of the Izaak Walton League of America during my time at the DNR, and they assisted and participated in many wildlife management plans for the St. Louis watershed and surrounding areas. The Ikes are a national grassroots conservation organization founded in the 1920s by fishermen concerned about the Upper Mississippi River, and local chapters focus on soil, air, water, and youth education projects that promote or protect wilderness and other public lands, clean water, and other conservation values. I joined the chapter in 1998. Many of our members are hunters and fishermen like me, and many are more typical environmentalists. The Ikes are focused on protecting clean water, conservation, and preservation of public lands to enable the public to engage in outdoor activities such as camping, fishing, and hunting. I believe that average Americans' access to clean water and a healthy environment is a necessary prerequisite to experiencing these activities.

13. Upon retiring from the DNR in 2012, I became president of the W. J. McCabe Chapter of the Izaak Walton League of America, which is based in Duluth and a chapter of the Ikes' Minnesota Division. Our chapter takes a special interest in the St. Louis River and estuary at the headwaters of Lake Superior. As part of my work with the DNR and the Ikes, I helped to acquire the Minnesota Power lands on the St. Louis River for conservation. I was motivated to complete this project because it involved protecting a large swath of land in the watershed so that those who use these resources, including myself and my family, and the broader public, would benefit from the restored area.

4

14. I have put significant amounts of my own time and resources into cleaning up the waters in our region. For example, I worked in my role with the Ikes on a recent collaboration with the city of Duluth on plans to help rehabilitate the city's Western Waterfront Trail along the St. Louis River, including controlling exotic invasive species. Controlling such species is made harder when an ecosystem is polluted, harming native species.

15. Apart from three years in Colorado for graduate school, I have lived in Minnesota since I was seven years old. Growing up here, I fished and hunted in a wide range of aquatic environments from large lakes and rivers to small streams and wetlands all fed by small streams, and I still fish, hunt, and camp on a regular basis.

16. My wife and I love to travel, but Minnesota is always really good to come home to. We appreciate this land of vast forests, prairies, and farmland dotted with thousands of lakes, rivers, and wetlands. We have everything from little streams and pothole wetlands to the vastness of Lake Superior. When we think of Minnesota, we see a place that has lots of green grass and trees and blue lakes.

17. One of my favorite outdoor activities is waterfowl hunting, which I have done in the same variety of habitats. As a duck hunter, I have long been concerned about the loss of wetlands and grasslands which are critical for the survival of waterfowl. I plan to keep hunting and fishing, as long as I have access to clean, safe water and fisheries.

18. I also enjoy hunting and participate in the Jay Cooke State Park muzzleloader deer hunt as often as I can get a permit, usually every other year. Virtually all the hunting and fishing I have done was on public lands. I have hunted for deer, bear, moose, grouse, and waterfowl on public lands and waters throughout Minnesota, and I plan to do so again in the future, as long as the lands and waters remain safe and pristine.

5

19. My wife and I also enjoy birdwatching, including on the Superior National Forest. Northern Minnesota has a great diversity of birds to watch and they each prefer different habitats. I often enjoy watching waterfowl, shorebirds, and other birds that live on and around Minnesota's rivers, lakes, and wetlands. The integrity of our wetlands and the water quality in our rivers and lakes directly impacts my ability to see certain species of birds. My wife and I plan to continue birdwatching as long as the birds frequent habitat nearby. Pollution, including water pollution, would deter them.

20. I canoe regularly, and, because I live so close, I often canoe in the St. Louis River. I have been canoeing in the Duluth and Cloquet area and in the St. Louis River since I moved here in 1980. I also use my canoe to hunt waterfowl on Kettle Lake in Carlton county. I also canoe in the Boundary Waters Canoe Area Wilderness and on other Superior National Forest lands I have access to and plan to continue to do so. Degradation and pollution of these rivers and other waters would significantly reduce my enjoyment of canoeing on them and would make me less likely to do so.

21. I have been a fisherman for about sixty years, almost my whole life, and will continue fishing as long as I am able. I and my family eat most of the fish we catch and the game that I hunt. These provide a significant part of our diet.

22. Although I primarily fish in lakes, I have sometimes also fished on the St. Louis River, and I plan to do so in the future. I have also fished while doing canoe trips in the Boundary Waters Canoe Area Wilderness and on federal public lands within the Superior National Forest, and I intend to continue to do so in the future, as long as the fishing is safe and enjoyable. The waters within the Wilderness Area and on public lands may be protected within the borders of the federally owned area, but they are only as clean as the waters that flow into

them, so federal clean water protections are important to preserve enjoyable, safe experiences on public lands.

23. Copper-nickel mining poses a significant threat to numerous rivers, forested wetlands, peatlands, and wild rice beds in Minnesota where these mines are being proposed. Vast areas of these aquatic habitats would be filled, drained, or partially dewatered by these mining operations. The U. S. Army Corps of Engineers' Clean Water Act 404 permits for the dredge and fill of wetlands may be one of the best hopes we have to stop or at least mitigate these damages. But, if these wetlands and other waterways are not considered "waters of the United States," the Clean Water Act permitting process is no longer available to protect the waters from the threats of copper mining. This concerns me greatly.

24. I am also concerned about the potential loss of wetlands in western Minnesota, where I hunt waterfowl, and along the migratory routes these birds take down the Mississippi flyway. Most of this land is agricultural land and, while Minnesota has state laws protecting wetlands, other states in the flyway do not. Increased drainage of what is left of the geographically "isolated" wetlands in these states would continue the decline in wetland habitats that has been going on for many years. We desperately need to save what is left of these aquatic habitats. Clean Water Act protections are the best hope, especially for the smaller isolated wetlands and tributary streams. If clean water protections don't reach these critical wetlands, they will be left open to destruction.

25. I understand that the U.S. EPA and the U.S. Army Corps of Engineers recently finalized a regulation, "Revised Definition of 'Waters of the United States'" ("2023 Rule"), restoring longstanding federal Clean Water Act protections to many streams, wetlands, and other waters in Minnesota and around the country. In addition to restoring longstanding protections, I

7

also understand that the 2023 Rule adopts clearer science-based guidance and limitations that should help the federal agencies and the public better know what waters are protected under the Clean Water Act. I also understand that the plaintiffs in this case have asked this Court to stop the 2023 Rule from going into effect and to later overturn the Rule in its entirety. This concerns me greatly.

26. Protecting clean water is the top conservation priority for me and the Izaak Walton League in general, and protecting the St. Louis River is a top priority for the W. J. McCabe Chapter of the League. Among our initiatives is protecting the headwaters of the St. Louis River. Weakening federal protections for these and other waters puts the St. Louis River at risk from mining projects and other development.

27. The headwaters of the St. Louis River and the land nearby are currently being threatened by a proposed open-pit copper mine owned by PolyMet mining (NorthMet), the type of mine that is particularly dangerous in water-rich environments, and I am concerned by its potential impacts on the St. Louis watershed. The state and the public have spent millions of dollars to restore the lower St. Louis, and this mine could put the river right back into trouble. I have personally expended significant resources in projects to clean up this area and maintain it for wildlife and the public. Through my work with government agencies and non-governmental organizations, including the Ikes, I have devoted a great deal of time and energy to restoring this watershed, and pollution from construction and operation of the mine could gut these efforts. I am not opposed to mining on principle, but I believe it to be a risky endeavor in a water-rich environment like Northern Minnesota and should only be done subject to proper federal protections for clean water. Copper-nickel mining involves highly risky practices and the existing and former taconite mines in the area already cause water quality problems. I am

concerned that weakened, and less clear, federal Clean Water Act protections would open the St. Louis River and its watershed to increased pollution.

28. I am concerned that water at the proposed mine site would flow downstream, carrying heavy metals and sulfates that will negatively impact plant and animal life in downstream waters, as well as water quality. I am also concerned that the increase in sulfates will result in greater mercury contamination of fish in the river, which is already a serious problem. Weakened federal Clean Water Act protections would only increase my concern about pollution like this.

29. I remember what the water was like in the St. Louis fifty years ago when I attended high school and college in Duluth: Mothers warned their children not to swim in it, and industries along the river treated the water like a waste-dumping site. Duluth as a city kept Lake Superior and the St. Louis estuary at its back and was focused away from the waters. The river is much cleaner following years of restoration work, much of it enabled by the Clean Water Act. Today, Duluth's attractions include the waterfront; the city faces and embraces the water now. I would not like to see it slide back into its former state. With the Ikes, I have devoted considerable time, resources, and effort to conserving and restoring water resources in my region, and the weakening of Clean Water Act protections would put our progress at risk.

30. I am concerned that a decline in water quality would make canoeing in our own "backyard" impossible, and that would change how I can make use of the area. Polluted water would harm wildlife, and I worry it would make it less safe and enjoyable for me to hunt deer. Fishing in the river would also be a much riskier endeavor, and I would likely avoid it altogether.

31. Upholding the 2023 Rule and the federal agencies' authority to protect the critical headwater streams, wetlands, lakes, and other waters that sustain Minnesota's rich water

resources, allow for healthy fish and wildlife populations, and enable the variety of outdoor recreational pursuits that I and so many other Minnesotans and Ikes enjoy, will help alleviate my concerns.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

    Executed on 3/1/2023

    _Richard C. Staffon_
    Richard Staffon

10