**Exhibit N**

**Declaration of Andrew Berry**

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# FRANKFORT DIVISION

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES ENVIRONMENTAL ) <br> PROTECTION AGENCY, *et al.*, ) <br> ) <br> Defendants. ) <br> ) <br> and ) <br> ) <br> KENTUCKY RESOURCES COUNCIL, ) <br> INC. *et al.*, ) <br> ) <br> Applicant-Intervenor-Defendants ) <br> ) | No. 3:23-CV-00007-GFVT <br> (consolidated with Case No. <br> 3:23-CV-00008-GFVT) |

## DECLARATION OF ANDREW BERRY

I, Andrew Berry, declare as follows:

1. This declaration is based on my personal knowledge, information, and belief.

2. I am a resident of Lawrenceburg, Kentucky. I am over the age of eighteen and suffer from no legal incapacity.

3. I am member of the Kentucky Resources Council and have been since May 19, 2022. I support the Council and its mission to protect Kentucky's land, air, water, and communities from pollution and environmental damage, including its work to protect wetlands, streams, and other water resources across the Commonwealth.

4. I am the Director of Conservation for the Bernheim Arboretum and Research Forest ("Bernheim Forest"), located in Clermont, Kentucky. It is the largest privately held forest

1

dedicated to conservation and education in the eastern United States. Bernheim Forest has miles of intermittent and ephemeral streams that are critical to the health of the forest, its wildlife, and ecosystem. The woodlands, wetlands, and prairies of the forest provide rich habitats for many different species.

5. During my tenure, Bernheim Forest has acquired over 1,500 acres of land, adding to this protected forest, which provides clean air, clean water, and critical corridors where wildlife can move safely.

6. I have a bachelor's degree in Natural Resource Conservation and Management and a master's degree in Biology. I use my extensive knowledge to apply best practices in land protection including stream and forest restoration. I care deeply about the protection and resiliency of Bernheim Forest and its water resources, in both a personal and professional capacity.

7. I understand that the parties challenging the "Revised Definition of 'Waters of the United States'" rule ("2023 Rule") are asking this Court to vacate the rule and to limit the protections for clean water that the rule provides. The destruction of waters in Bernheim Forest that could be permitted to occur if these parties prevailed causes me great concern, as I have significant personal, professional, and conservation interest in these waters and the Forest.

8. In 2017, Louisville Gas and Electric (LG&E) requested an easement from Isaac W. Bernheim Foundation, the owner and manager of Bernheim Forest, for its proposed Bullitt County Natural Gas Pipeline. The 12-mile pipeline would be built through tracts of Bernheim known as the Cedar Grove Wildlife Corridor, which are subject to a conservation easement and deed restrictions prohibiting destruction of forests, streams, and springs.

9. Construction of the Bullitt County pipeline would remove acres of forest,

impact numerous streams, and eliminate habitat for imperiled bats. I am aware and understand that under the now-vacated Navigable Waters Protection Rule, the Approved Jurisdictional Determination ("AJD") issued by the U.S. Army Corps of Engineers for this pipeline project excluded as non-jurisdictional more than 3000 feet of ephemeral streams (i.e., streams that flow following precipitation) that previously had been considered jurisdictional and which would be impacted by the project.

10. LG&E applied to the Kentucky Division of Water ("DOW") for a Stream Construction Permit and Water Quality Certification. The DOW was required to certify that LG&E's pipeline project will not violate Kentucky's water quality standards as to the entirety of the pipeline, which it failed to do, in part because the application failed to include these more than 3000 feet of ephemeral streams. Based on the Army Corps' jurisdictional determination, the DOW eliminated all ephemeral streams from consideration and protection. I am concerned about the potential impacts to these important water features in Bernheim Forest should the pipeline be built.

11. The at-risk streams in Bernheim Forest are important to the biodiversity of the Forest, as they serve as reproductive habitat for many amphibians, including the four-toed salamander and wood frog. These species are integral for the health and function of our upland wetland habitats. Populations of amphibians have encountered steep declines in our region from impacts to aquatic habitat. Destruction or degradation of these wetlands and streams will harm amphibians, federally-protected bats that feed on insects in these streams, and other species. Destruction or degradation of these streams will also likely increase flooding and harm water quality in other waterways in Bernheim Forest that they flow into.

12. The Bernheim Foundation has asked the Army Corps to reopen its AJD for the

3

Bullitt County pipeline on several grounds, including vacatur of the Navigable Waters Protection Rule. Should the court agree with the plaintiffs' arguments in this case, it could again raise questions about the availability of federal clean water protections for these streams. This concerns me.

13. Several times per week I walk through parts of Bernheim Forest. I care deeply, both personally and professionally, about Bernheim Forest, its waterways, and its wildlife diversity. I am concerned about the loss of upland headwater streams, including in the Wilson Creek watershed, and associated wetlands, which have carrying capacity and help protect the water quality and quantity in Bernheim Forest.

14. In February of 2018, Bernheim acquired 17 acres in the Wilson Creek watershed. This critical tract of bottomland added 1/4 mile of Harrison Fork directly upstream from the proposed stream restoration project at the Bean property. Adding streams, springs, and buffering restoration projects allows this small addition to have a huge impact on our conservation goals for Wilson Creek. Wilson Creek is a favorite destination for school groups to learn about the importance of clean water.

15. These headwater streams, including Harrison Fork of Wilson Creek, and associated upland wetlands hold water that is slowly released downstream. As a biologist and conservationist, I know that wetlands are a critical component of our Commonwealth's water resources. They trap sediment, reduce flood damage, and abate water pollution. When these are lost or degraded, areas downstream or downland often experience increased flooding. Flooding then leads to loss of water quality that impacts sensitive aquatic species downstream. I am concerned about the impacts to Bernheim Forest's streams if the 2023 Rule is vacated. My recreational and conservation interests in Bernheim Forest will be impacted if these streams and wetlands are degraded or destroyed.

16. Bats in Bernheim Forest, including the federally-protected Indiana Bat and Northern Long-Eared Bat, use vernal pools and upland wetlands for feeding. I am concerned about the impacts to Bernheim Forest's wildlife, including endangered and sensitive species, if the 2023 Rule is vacated. My conservation and aesthetic interests in these species will be impacted if the streams and wetlands they use for feeding are degraded or destroyed.

17. Limiting protections for clean water that the 2023 Rule provides would also impact my interests in other streams and waterways and affect my recreational interests. For example, living near Frankfort, I regularly recreate in and around the Kentucky River. I hike, boat, or fish in and along the Kentucky River at least monthly and plan to continue to do so. The loss or degradation of headwater streams and nearby wetlands would impact the water quality and quantity of the Kentucky River, causing increased flooding and muddy waters. I am also concerned about the impacts to the Kentucky River if the 2023 Rule is vacated, and if development projects are allowed to ignore their impacts to these water resources. My recreational and conservation interests in the river will be impacted if headwater streams or wetlands are degraded or destroyed. Increasing rainfall events and associated flooding in the upper Kentucky River watershed continue to cause loss of integrity leading to serious impacts to communities downstream, loss of recreation opportunity, decreased water quality, and negative impacts to biodiversity.

18. The Kentucky Resources Council represents my interests in intervening to defend the 2023 Rule. Upholding this Rule and the Agencies' authority to protect critical streams and wetlands will prevent harms to the nation's waters and to me personally, remedying some of my concerns.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on March 2, 2023.

_____
Andrew Berry