**Exhibit O**

**Declaration of David Wicks**

# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# FRANKFORT DIVISION

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>)<br>UNITED STATES ENVIRONMENTAL )<br>PROTECTION AGENCY, *et al.*, )<br>)<br>Defendants. )<br>)<br>and )<br>)<br>KENTUCKY RESOURCES COUNCIL, )<br>INC. *et al.*, )<br>)<br>Applicant-Intervenor-Defendants )<br>) | No. 3:23-CV-00007-GFVT<br>(consolidated with Case No. 3:23-CV-00008-GFVT) |

## DECLARATION OF DAVID WICKS

I, David Wicks, make the following declaration:

1. This declaration is based on my personal knowledge, information, and belief.

2. I am a resident of Louisville, Kentucky. I am over the age of eighteen and suffer from no legal incapacity.

1. I am member of the Kentucky Resources Council and have been at least since June 5, 2008. I support the Council and its mission to protect Kentucky's land, air, water, and communities from pollution and environmental damage, including its work to protect streams and other water resources across the Commonwealth.

2. I have held numerous positions over the past 40 years related to environmental protection and education. My current roles include Recreation Working Group Chair for the

1

Ohio River Basin Plan; Co-Chair of the Ohio River Recreation Trail; Salt River Watershed Watch Board of Directors; Executive Producer, KET's Beargrass: The Creek in Our Backyard; University of Louisville Honors Program Adjunct Faculty; and the Executive Director and Board Chair of River City Paddlesports, Inc.

3. I have a bachelor's degree in International Environmental Studies and a doctorate in education. I use my extensive knowledge to educate others about the conservation of Kentucky's water resources, through education and recreation.

4. I care deeply about the protection of Kentucky's waterways, in both a personal and professional capacity. In 2019, Louisville Magazine published an article about me and my love for the Ohio River and my efforts to conserve Kentucky's rivers and streams, including Beargrass Creek. *See* https://archive.louisville.com/content/Can-This-Man-Rebrand-the-Ohio-River.

5. Throughout my career and now into my "retirement," I have always worked to conserve natural areas and as an advocate for clean water protections. I serve on many committees and boards that promote healthy waterways and ecosystems. One of these is the Ohio River Way, formally the Ohio River Recreation Trail, a community organization promoting the Ohio River Way from Portsmouth, OH to West Point, KY. One of the goals of the organization is to create the watery equivalent of the Appalachian Trail, in an effort to promote the safe enjoyment of the water, to spark curiosity and a love of learning about the natural and human forces at work on the river, to inspire efforts to further clean up the sprawling watershed, and to breathe new economic life into towns languishing on the river's banks.

6. I am also the Executive Director and Board Chair of River City Paddlesports, a nonprofit organization located in the Louisville Community Boathouse in Waterfront Park on the

2

Ohio River. River City Paddlesports' mission is to expand community access to all paddle sports in the Greater Louisville area through education, outreach, and competition. I regularly lead canoe trips as part of my efforts to educate the public about the importance of clean streams and rivers.

7. I regularly recreate on and around Beargrass Creek, the name given to several forks of a creek in Jefferson County, Kentucky, and have been doing so since 1979. I paddle on Beargrass Creek at least monthly, and often on a weekly basis. For the past 40 years, I have been leading high school students on canoe trips through Beargrass Creek, which leads into the Ohio River. I enjoy teaching students about water quality issues and helping them take measurements, including pH levels and temperature, in order to learn more about the health of the waterway and understand why we need to protect our water resources.

8. When paddling on Beargrass Creek, we are able to witness the ecological and aesthetic impact of our community on the environment. Beargrass Creek drains 61 square miles of Jefferson County and is comprised of three forks – Muddy Fork, the Middle Fork, and the South Fork.

9. I also regularly recreate on and around Falls of the Ohio, a state park in Indiana. It is located on the banks of the Ohio River at Clarksville, Indiana, across from Louisville, Kentucky. The park is part of the Falls of the Ohio National Wildlife Conservation Area. I am leading four paddling trips with an educational component on the Falls of Ohio in April and May.

10. I understand that the parties challenging the "Revised Definition of 'Waters of the United States'" rule ("2023 Rule") are asking this Court to vacate the rule and to limit the protections for clean water that the rule provides. I am concerned about the destruction of waters across the Commonwealth and the impacts to waterways that I regularly recreate in that would be

3

permitted to occur if these parties prevailed.

11. Limiting protections for clean water that the 2023 Rule provides would impact my recreational and conservation interests in the streams and rivers on which I recreate. For example, my recreational and conservation interests in Beargrass Creek may be impacted if its headwaters and intermittent tributaries are not protected. According to the Louisville Metropolitan Sewer District, Middle Fork Beargrass Creek flows for approximately 14 miles from its headwaters to its confluence with South Fork Beargrass Creek. Including the Middle Fork mainstem, there are approximately 61 miles of perennial and intermittent streams and tributaries within the Middle Fork Beargrass Creek watershed. According to the National Wetland Inventory, there are four classifications of wetlands identified in the Middle Fork Beargrass Creek watershed: freshwater emergent, freshwater forested/shrub, freshwater ponds and riverine. Protection of these wetlands and headwaters is critically important to ensure both consistent flow and the water quality of Beargrass Creek, including sections where I regularly paddle.

12. Streams, wetlands, and other water bodies upon which I recreate and use for environmental education may be at risk of pollution, destruction, or degradation if this Court issues an order limiting the clean water protections provided by the 2023 Rule.

13. The Kentucky Resources Council represents my interests in intervening to defend the 2023 Rule. Upholding this Rule and the Agencies' authority to protect streams and wetlands will prevent harms to the nation's waters and to me personally, remedying some of my concerns.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on March 2, 2023.

_____
David Wicks