# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# FRANKFORT DIVISION

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES ENVIRONMENTAL ) <br> PROTECTION AGENCY, *et al.*, ) <br> ) <br> Defendants, ) <br> ) <br> and ) <br> ) <br> KENTUCKY RESOURCES COUNCIL, ) <br> INC., *et al*., ) <br> ) <br> Applicant-Intervenor-Defendants. ) <br> ) | No. 3:23-cv-00007-GFVT <br> (consolidated with No. <br> 3:23-cv-00008-GFVT) |

## ORDER GRANTING APPLICANT-INTERVENOR-DEFENDANTS' MOTION TO INTERVENE

Having considered all papers filed in connection with Applicant-Intervenor-Defendants' Motion to Intervene, the Court hereby finds that (1) the motion to intervene is timely; (2) Applicant-Intervenor-Defendants have a substantial legal interest in the subject matter of the case; (3) the Applicant-Intervenor-Defendants' ability to protect that interest may be impaired absent intervention; and (4) the existing parties may not adequately represent the Applicant-Intervenor-Defendants' interest.

It is therefore ORDERED that the Applicant-Intervenor-Defendants' Motion to Intervene is GRANTED.