# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# FRANKFORT DIVISION

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) No. 3:23-cv-00007-GFVT<br>UNITED STATES ENVIRONMENTAL ) (consolidated with No.<br>PROTECTION AGENCY, *et al.*, ) 3:23-cv-00008-GFVT)<br>)<br>Defendants, )<br>)<br>and )<br>)<br>KENTUCKY RESOURCES COUNCIL, )<br>INC., *et al.*, )<br>)<br>Applicant-Intervenor-Defendants. )<br>) | |

## APPLICANT-INTERVENOR-DEFENDANTS' MOTION FOR LEAVE TO FILE CONSOLIDATED RESPONSE TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION

Applicant-Intervenor-Defendants Kentucky Resources Council, Inc., National Wildlife Federation, Florida Wildlife Federation, North Carolina Wildlife Federation, South Carolina Wildlife Federation, Tennessee Wildlife Federation, Izaak Walton League of America, and Minnesota Division of the Izaak Walton League of America (collectively, the "Conservation Groups") seek leave to file a consolidated response in opposition to Plaintiffs' motions for preliminary injunction. A copy of the Conservation Groups' proposed response is attached.

The Conservation Groups are authorized to represent that Defendants do not oppose the Conservation Groups' request for leave to file a response. Plaintiffs do not consent to the Conservation Groups' motion and reserve their right to respond.

Plaintiffs filed complaints in the above-captioned cases on February 22, 2023. The same day, Plaintiffs filed motions for a preliminary injunction and motions to consolidate the above-captioned cases. The Commonwealth of Kentucky also filed an emergency motion for expedited review of its motion for preliminary injunction.

In response to the Commonwealth's emergency motion, the Court ordered Defendants to respond to Plaintiffs' motions for a preliminary injunction by 5:30 pm on March 3, 2023. The Court also set a hearing on Plaintiffs' motions for March 10.

The Conservation Groups moved to intervene on March 2, 2023, just eight days after Plaintiffs filed their complaints. Because their motion to intervene may not be considered before this afternoon's deadline for Defendants to respond to Plaintiffs' motions for a preliminary injunction, and because a preliminary injunction is an extraordinary remedy on which the Conservation Groups will not otherwise have an opportunity to be heard, the Conservation Groups seek leave to file the attached response.

The Conservation Groups have consolidated their responses to Plaintiffs' motions, limited their consolidated response to 25 pages, and filed their proposed response in advance of the deadline for Defendants to respond to Plaintiffs' motions. As not-for-profit fishing, hunting, outdoor recreation, and conservation organizations dedicated to the protection of our waterways and natural resources, the Conservation Groups have a particular interest that may not be fully addressed in the existing briefing.

For these reasons, the Conservation Groups request that the Court grant their Motion for Leave to File a Response and consider the attached Response in Opposition to Plaintiffs' motions for a preliminary injunction. The Conservation Groups also request to be heard at the March 10 hearing on Plaintiffs' Motions.

Respectfully submitted this 3rd day of March, 2023.

/s/ Mark Sabath
Mark Sabath*
Southern Environmental Law Center
122 C Street NW, Suite 325
Washington, DC 20001
(434) 977-4090
msabath@selcva.org

Kelly F. Moser*
Nicholas S. Torrey*
Southern Environmental Law Center
601 West Rosemary Street, Suite 220
Chapel Hill, NC 27516
(919) 967-1450
kmoser@selcnc.org
ntorrey@selcnc.org

Megan Hinkle Huynh*
Southern Environmental Law Center
Ten 10th Street NW, Suite 1050
Atlanta, GA 30309
(404) 521-9900
mhuynh@selcga.org

*Counsel for the Conservation Groups*
*\*Pro hac vice application pending*

/s/ Ashley Wilmes
Ashley Wilmes
Tom FitzGerald
Kentucky Resources Council
PO Box 1070
Frankfort, Kentucky 40602
(502) 875-2428
ashley@kyrc.org
fitzkrc@aol.com

*Counsel for Kentucky Resources Council, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2023, I electronically filed the foregoing Motion for Leave to File Response to Plaintiffs' Motion for Preliminary Injunction with the Clerk of Court using the CM/ECF system, which will send notification of this filing to all counsel of record.

/s/ *Ashley Wilmes*