# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# FRANKFORT DIVISION

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> UNITED STATES ENVIRONMENTAL ) <br> PROTECTION AGENCY, *et al.*, ) <br> ) <br> Defendants, ) <br> ) <br> and ) <br> ) <br> KENTUCKY RESOURCES COUNCIL, ) <br> INC., *et al.*, ) <br> ) <br> Applicant-Intervenor-Defendants. ) <br> ) | No. 3:23-cv-00007-GFVT <br> (consolidated with No. <br> 3:23-cv-00008-GFVT) |

## ORDER GRANTING APPLICANT-INTERVENOR-DEFENDANTS' MOTION FOR LEAVE TO FILE A CONSOLIDATED RESPONSE TO PLAINTIFFS' MOTIONS FOR PRELIMINARY INJUNCTION

Having reviewed Applicant-Intervenor-Defendants' Motion for Leave to File a Consolidated Response to Plaintiffs' Motions for Preliminary Injunction, and for good cause shown, the Court grants Applicant-Intervenor-Defendants' Motion.

IT IS SO ORDERED. The District Court Clerk is hereby directed to docket the Applicant-Intervenor-Defendants' consolidated response, attached to the motion as Attachment 1.