# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# FRANKFORT DIVISION

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> ) <br> UNITED STATES ENVIRONMENTAL ) <br> PROTECTION AGENCY, *et al*., ) <br> ) <br> ) <br> Defendants. | No. 3:23-cv-00007-GFVT <br> (consolidated with No. <br> 3:23-cv-00008-GVFT) |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Federal Defendants provide notice that today, in *State of Texas v. EPA*, No. 3:23-cv-17 (S.D. Tex.), the court issued an order granting the State plaintiffs' motion and denying the trade association plaintiffs' motion for a preliminary injunction of the same Rule (88 Fed. Reg. 3004 (Jan. 18, 2023)) that Plaintiffs seek to preliminarily enjoin in these consolidated cases.

Respectfully submitted,

TODD KIM
Assistant Attorney General
ENVIRONMENT AND NATURAL
RESOURCES DIVISION

*Of Counsel:*
Karyn I. Wendelowski
Elise O'Dea
Environmental Protection Agency

Daniel Inkelas
Erica Zilioli
U.S. Army Corps of Engineers

/s/ Sonya J. Shea
HUBERT T. LEE, NY Bar No. 4992145
ANDREW J. DOYLE, FL Bar No. 84948
SONYA J. SHEA, CA Bar No. 305917
SARAH IZFAR, DC Bar No. 1017796
ELLIOT HIGGINS, NY Bar No. 5737903

United States Department of Justice
Environmental Defense Section
P.O. Box 7611
Washington, DC 20044
Tel: (202) 514-1806 (Lee)
Tel: (415) 744-6469 (Doyle)
Tel: (303) 844-7231 (Shea)
Tel: (202) 305-0490 (Izfar)
Tel: (202) 514-3144 (Higgins)
Fax: (202) 514-8865
hubert.lee@usdoj.gov
andrew.doyle@usdoj.gov
sonya.shea@usdoj.gov
sarah.izfar@usdoj.gov
elliot.higgins@usdoj.gov

## CERTIFICATE OF SERVICE

    I hereby certify that on March 19, 2023, I filed the foregoing using the Court's CM/ECF system, which will electronically serve all counsel of record registered to use the CM/ECF system.

                                                */s/ Sonya J. Shea*

                                                SONYA J. SHEA