UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION
CIVIL ACTION NO. 3:23-cv-00007-GFVT (lead case,
consolidated with No. 3:23-cv-00008-GFVT)

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY; <br> KENTUCKY CHAMBER OF COMMERCE; <br> CHAMBER OF COMMERCE OF THE <br> UNITED STATES OF AMERICA; <br> ASSOCIATED GENERAL CONTRACTORS OF <br> KENTUCKY, INC.; <br> HOME BUILDERS ASSOCIATION OF KENTUCKY; <br> PORTLAND CEMENT ASSOCIATION; and <br> GEORGIA CHAMBER OF COMMERCE, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION <br> AGENCY, ET AL., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## **[PROPOSED] ORDER**

Private-Sector Plaintiffs[1] move the Court to grant an injunction against the Final Rule[2] pending appeal under Rule 8(a)(1)(C) of the Federal Rules of Appellate Procedure.

---

[1] Kentucky Chamber of Commerce, Chamber of Commerce of the United States of America, Associated General Contractors of Kentucky, Home Builders Association of Kentucky, Portland Cement Association, and Georgia Chamber of Commerce.

[2] *Revised Definition of "Waters of the United States,"* 88 Fed. Reg. 3,004 (Jan. 18, 2023).

After considering the parties' arguments and all relevant authorities, it is hereby

**ORDERED** that the Private-Sector Plaintiffs' motion is **GRANTED**; it is further

**ORDERED** that the Final Rule is **ENJOINED** while an appeal is pending. For the duration of the appeal, the Defendants may not implement, apply, enforce, or otherwise proceed on the basis of the Final Rule against the Private-Sector Plaintiffs or their members.

**IT IS SO ORDERED.**

_____                                       _____

DATE                                                                             UNITED STATES DISTRICT JUDGE