UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION
CIVIL ACTION NO. 3:23-cv-00007-GFVT (lead case,
consolidated with No. 3:23-cv-00008-GFVT)

| | |
|---|---|
| COMMONWEALTH OF KENTUCKY; <br> KENTUCKY CHAMBER OF COMMERCE; <br> CHAMBER OF COMMERCE OF THE <br> UNITED STATES OF AMERICA; <br> ASSOCIATED GENERAL CONTRACTORS OF <br> KENTUCKY, INC.; <br> HOME BUILDERS ASSOCIATION OF KENTUCKY; <br> PORTLAND CEMENT ASSOCIATION; and <br> GEORGIA CHAMBER OF COMMERCE, <br><br>         Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION <br> AGENCY, ET AL., <br><br>         Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**PRIVATE-SECTOR PLAINTIFFS' NOTICE OF WAIVER OF REPLY
IN SUPPORT OF EMERGENCY MOTION FOR
INJUNCTION PENDING APPEAL**

Private-Sector Plaintiffs[1] hereby waive their right to file a reply in support of their Emergency Motion For Injunction Pending Appeal staying the Final Rule[2] pending appeal of this Court's March 31, 2023, order. Private-Sector Plaintiffs intend to file a notice of appeal on April 18, 2023.

---

[1] Kentucky Chamber of Commerce, Chamber of Commerce of the United States of America, Associated General Contractors of Kentucky, Home Builders Association of Kentucky, Portland Cement Association, and Georgia Chamber of Commerce.

[2] *Revised Definition of "Waters of the United States,"* 88 Fed. Reg. 3004 (Jan. 18, 2023).

1

| | |
|---|---|
| Dated: April 14, 2023 | /s/ Elbert Lin |

Charles E. English, Jr. ("Buzz")
Sarah P. Jarboe
LaJuana S. Wilcher
English, Lucas, Priest & Owsley, LLP
1101 College Street; P.O. Box 770
Bowling Green, KY 42102-0770
(270) 781-6500
benglish@elpolaw.com
sjarboe@elpolaw.com
lwilcher@elpolaw.com

Elbert Lin (*pro hac vice*)
Hunton Andrews Kurth LLP
951 East Byrd Street, East Tower
Richmond, VA 23219
(804) 788-8200
elin@HuntonAK.com

Matthew Z. Leopold (*pro hac vice*)
Kerry L. McGrath (*pro hac vice*)
Erica N. Peterson (*pro hac vice*)
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 955-1500
mleopold@HuntonAK.com
kmcgrath@HuntonAK.com
epeterson@HuntonAK.com

*Counsel for Plaintiffs Kentucky Chamber of Commerce, Chamber of Commerce of the United States of America, Associated General Contractors of Kentucky, Inc., Home Builders Association of Kentucky, Portland Cement Association, and Georgia Chamber of Commerce*

Andrew R. Varcoe (*pro hac vice*)
Stephanie A. Maloney (*pro hac vice*)
U.S. Chamber Litigation Center
1615 H Street, NW
Washington, DC 20062
(202) 463-5337
avarcoe@USChamber.com
smaloney@USChamber.com

*Counsel for Plaintiff Chamber of Commerce of the United States of America*

## CERTIFICATE OF SERVICE

I certify that on this 14th day of April 2023, I filed a copy of the above document with the Court's electronic-filing system, which will send an electronic copy to all counsel.

/s/ Elbert Lin