**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: April 19, 2023

Mr. Andrew J. Doyle
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044

Mr. Elliot W. Higgins
Department of Justice
Environment & Natural Resources
150 M Street, N.E.
Washington, DC 20002

Ms. Sarah Izfar
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611
Washington, DC 20044

Ms. Lindsey Keiser
Office of the Attorney General
of Kentucky
700 Capitol Avenue
Suite 118
Frankfort, KY 40601

Mr. Harrison Gray Kilgore
Office of the Attorney General
of Kentucky
1024 Capital Center Drive
Suite 200
Frankfort, KY 40601

Mr. Christopher L. Thacker
Office of the Attorney General
of Kentucky
700 Capitol Avenue

Suite 118
Frankfort, KY 40601

        Re:  Case No. 23-5343, *KY v. EPA, et al*
             Originating Case No. : 3:23-cv-00007 : 3:23-cv-00008

Dear Counsel,

   This appeal has been docketed as case number **23-5343** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **May 3, 2023**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

Appellant:
- Appearance of Counsel
- Civil Appeal Statement of Parties & Issues
- Disclosure of Corporate Affiliations
- Application for Admission to 6th Circuit Bar (if applicable)

Appellee:
- Appearance of Counsel
- Disclosure of Corporate Affiliations
- Application for Admission to 6th Circuit Bar (if applicable)

   More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                        Sincerely yours,

                        s/C. Anthony Milton
                        Case Manager
                        Direct Dial No. 513-564-7026

Enclosure

OFFICIAL COURT OF APPEALS CAPTION FOR 23-5343

COMMONWEALTH OF KENTUCKY

       Plaintiff - Appellant

v.

UNITED STATES ENVIRONMENTAL PROTECTION AGENCY; UNITED STATES ARMY CORPS OF ENGINEERS; MICHAEL S. REGAN, Official Capacity as Administrator of the United States Environmental Agency; LIEUTENANT GENERAL SCOTT A. SPELLMAN, Official Capacity as Chief of Engineers and Commanding General, U.S. Army Corp of Engineers; MICHAEL L. CONNER, Official Capacity as Assistant Secretary of the Army (Civil Workers)

       Defendants - Appellees